IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| SHARDABEN PATEL ) | CIVIL ACTION NO. 6:23-cv-00189 |
| and ASHOKKUMAR PATEL ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | NOTICE |
| BHARATBHAI PATEL, ) | |
| AMIT PATEL, ) | |
| And ) | |
| KANU PATEL ) | |
| ) | |
| **Defendants.** ) | |

Come now the Plaintiffs, by and through counsel, and undersigned counsel, and respectfully request that a refund be issued herein as to E.D. Kentucky Receipt Number AKYEDC-5679761 to undersigned counsel.

As grounds, when filing this action, counsel inadvertently failed to process the filing. The following day, undersigned counsel, upon contacting the clerk, refiled the complaint herein and paid a new filing fee.

Per direction received from the Eastern District of Kentucky Federal Court Clerk, counsel is filing this notice and requesting a refund for the $402.00 remitted as to AKYEDC-5679761. This receipt is dated 10/23/23, 7:02 p.m.

Respectfully submitted,

By: <u>JEREMY W. BRYANT</u>
JEREMY W. BRYANT, ESQ.
BRYANT LAW, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY 40701
(606) 261-7381 (p)
844-927-2494 (f)
j@jeremybryantlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via CM-ECF and a copy thereof was sent via regular U.S. Mail, postage prepaid, to parties and/or counsel of record on this the 30th day of October 2023.

<u>/s/ JEREMY W. BRYANT</u>
JEREMY W. BRYANT
*Plaintiffs' Counsel*