UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

SHARDABEN PATEL and
ASHOKKUMAR PATEL,

*Plaintiffs,*

v.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL

*Defendants.*

No. 6:23-CV-00189-CHB-HAI

**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

The Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, by counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and (6), move the Court to dismiss the above-styled action, in its entirety, on the grounds that same violates the long-established prohibition of "claim splitting." Substantively identical to the complaint filed nearly 3 ½ years earlier in state court, Plaintiffs' federal Complaint is barred by *res judicata* and claim splitting. This is especially true where, as here, Plaintiffs continue to actively pursue the same claims and causes of action in the senior state action. In support of this motion, Defendants adopt and incorporate by reference the attached memorandum of law.

Respectfully submitted,

_____
Jay Milby Ridings (KBA No. 91971)
Kelsey Lee Bryant (KBA No. 98442)
Hamm, Milby & Ridings PLLC
120 N. Main St.

London, KY 40741  
Telephone: (606) 864-4126  
Fax: (606) 878-8144  
jridings@hmkylaw.com  
kelsey@hmrkylaw.com  

*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.  
Bryant Law, PLLC  
37 South Park Center Drive, Suite 6  
Corbin, KY 40701  
j@jeremybryantlaw.com  

_____  
*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

2