

**PATEL, SHARDABEN, ET AL VS. PATEL, BHARATBHAI, ET AL**

KNOX CIRCUIT COURT

**20-CI-00204**   Filed on **05/28/2020** as **CONTRACT** with **HON. MICHAEL CAPERTON**

**** NOT AN OFFICIAL COURT RECORD ****

| Parties | 20-CI-00204 |
|---|---|

**PATEL, AMIT** as **DEFENDANT / RESPONDENT**

> Summons
>
> **CIVIL SUMMONS** issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, ASHOKKUMAR** as **PLAINTIFF / PETITIONER**

**PATEL, BHARATBHAI** as **DEFENDANT / RESPONDENT**

> Summons
>
> **CIVIL SUMMONS** issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, KANU** as **DEFENDANT / RESPONDENT**

> Summons
>
> **CIVIL SUMMONS** issued on **05/28/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, SHARDABEN** as **PLAINTIFF / PETITIONER**

**BRYANT, JEREMY** as **ATTORNEY FOR PLAINTIFF**

> Address
>
> BRYANT LAW, PLLC
> 37 SOUTH PARK CENTER DRIVE, SUITE 6
> CORBIN KY 40701

**TAYLOR, BILLY J** as **ATTORNEY FOR DEFENDANT**

> Address
>
> ATTORNEY AT LAW
> 110 KNOX STREET, SUITE A
> BARBOURVILLE KY 40906

| Documents | 20-CI-00204 |
|---|---|

**COMPLAINT / PETITION** filed on **05/28/2020**

**NOTICE OF FILING** filed on **08/20/2020**
 *ATTACHED SUMMONS*

**ANSWER** filed on **01/08/2021**

**NOTICE - OTHER** filed on **06/08/2021**

**TENDERED DOCUMENT** filed on **10/08/2021**

**NOTICE - OTHER** filed on **10/08/2021**

**ORDER - AGREED** entered on **10/13/2021**
 *AGREED ORDER REFERRING TO MEDIATION*

**ORDER - OTHER** entered on **03/17/2022**
 *SCHEDULING ORDER*

**ORDER - OTHER** entered on **02/17/2023**
 *ORDER COMPELLING*

**TENDERED DOCUMENT** filed on **07/26/2023**

**ORDER - AGREED** entered on **08/23/2023**

**ORDER - OTHER** entered on **10/31/2023**
 *ORDER RESCHEDULING HEARING.*

**EXHIBIT B**

| Events | 20-CI-00204 |
|---|---|

**MOTION HOUR** scheduled for **12/11/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

Motions
- **MOTION FOR JUDGMENT** filed on **10/24/2023** by **AP**

**MOTION HOUR** scheduled for **06/12/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

Motions
- **MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023** by **AP**

**MOTION HOUR** scheduled for **02/13/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

Motions
- **MOTION TO COMPEL** filed on **02/05/2023** by **AP**
- **MOTION TO SET ASIDE** filed on **02/05/2023** by **AP**

**MOTION HOUR** scheduled for **03/14/2022 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

Motions
- **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
- **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
  *FOR SCHEDULING ORDER*

**MOTION HOUR** scheduled for **10/11/2021 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

Motions
- **MOTION FOR MEDIATION** filed on **09/11/2021** by **AP**

| Images | 20-CI-00204 |
|---|---|

**COMPLAINT / PETITION** filed on **05/28/2020**   *Page(s): 5*

**SUMMONS** filed on **05/28/2020**   *Page(s): 1*

**SUMMONS** filed on **05/28/2020**   *Page(s): 1*

**SUMMONS** filed on **05/28/2020**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **05/28/2020**   *Page(s): 1*

**NOTICE OF FILING** filed on **08/20/2020**   *Page(s): 4*

**NOTICE - OTHER** filed on **06/08/2021**   *Page(s): 2*

**MOTION FOR MEDIATION** filed on **09/11/2021**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **10/08/2021**   *Page(s): 2*

**NOTICE - OTHER** filed on **10/08/2021**   *Page(s): 2*

**MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2*

**MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2*

**MOTION TO SET ASIDE** filed on **02/05/2023**   *Page(s): 2*

**MOTION TO COMPEL** filed on **02/05/2023**   *Page(s): 2*

**MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **07/26/2023**   *Page(s): 2*

**MOTION FOR JUDGMENT** filed on **10/24/2023**   *Page(s): 4*

**\*\*\*\* End of Case Number : 20-CI-00204 \*\*\*\***