UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL  Plaintiffs, VS. BHARATBHAI PATEL, AMIT PATEL, and KANU PATEL  Defendants. | **CASE NO. 6: 23-CV-00189-CHB**  **ORDER OF DISMISSAL** |

Upon motion of the Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel (collectively "Defendants"), by counsel, to dismiss Plaintiffs' Complaint against them and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) Defendants' Motion to Dismiss (D.E. \_\_\_\_) is **GRANTED**, and the Complaint and all claims against Bharatbhai Patel, Amit Patel, and Kanu Patel be and hereby are **DISMISSED** with prejudice.

(2) The Court reserves jurisdiction to adjudicate any motion Defendants might file arising under Fed. R. Civ. P. 11 and/or 28 U.S.C. § 1927.