UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL<br>and ASHOKKUMAR PATEL<br><br>  Plaintiffs,<br><br>VS.<br><br><br>BHARATBHAI PATEL,<br>AMIT PATEL,<br>and<br>KANU PATEL<br><br>  Defendants. | **CASE NO. 6: 23-CV-00189-CHB**<br><br>**ORDER** |

Upon consideration of Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel's (collectively "Defendants"), Motion to Stay Discovery and Motion for Extension of Time to file the former, it is **ORDERED** that said Motions are **GRANTED**, and it is **FURTHER ORDERED** as follows:

1. Defendants' Motion to Stay Discovery is deemed filed.

2. Discovery shall be stayed indefinitely, subject to further directives of the Court.