UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SHARDABEN PATEL & ASHOKKUMAR PATEL, | ) ) ) | |
| Plaintiffs, | ) ) | No. 6:23-CV-189-CHB-HAI |
| v. | ) ) ) | |
| BHARATBHAI PATEL, AMIT PATEL, & KANU PATEL, | ) ) ) | ORDER |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After Defendants filed a motion to dismiss this matter for lack of jurisdiction (D.E. 6), Defendants also moved for a stay of proceedings until the motion to dismiss is resolved (D.E. 7).

**IT IS HEREBY ORDERED THAT** Plaintiffs **SHALL RESPOND** to the request to stay proceedings (D.E. 7) on or before **Friday, December 29, 2023**.

This the 20th day of December, 2023.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge