COMMONWEALTH OF KENTUCKY
27TH JUDICIAL CIRCUIT
KNOX CIRCUIT COURT
DIVISION II
CIVIL ACTION NO. 20-CI-00204

ENTERED
GREG HELTON
MAR 17 2022
KNOX CIRCUIT DISTRICT COURT
BY _____ D.C.

SHARDABEN PATEL, ET AL                                    PLAINTIFF

VS:

BHARATBHAI PATEL, ET AL                                    DEFENDANT.

## SCHEDULING ORDER

\* \* \* \* \* \*

IT IS HEREBY ORDERED:

1.      All dates and deadlines set forth in this Scheduling Order
are determined in reference to the 1st day of February, 2023.
Hereinafter, this date shall be referred to as the "REFERENCE DATE".
This is not a court date but a date upon which all dates and deadlines
are determined.   A Final Pretrial Conference will be held in this matter
upon motion filed and noticed for hearing within 60 days by either party
or parties, subsequent to the REFERENCE DATE to resolve any issues
remaining or for clarification on rulings, or for any other matters
outstanding between the parties that must be addressed.   All pre-trial
motions not specifically addressed herein are to be noticed for regularly

EXHIBIT
1

scheduled Motion Hour of the Court immediately preceding the

REFERENCE DATE, and served 20 days prior to the of hearing with

any responses filed 10 days prior to date of hearing.

2.    Medical examinations shall be completed on or before 120

days before the REFERENCE DATE.

3.    With reference to expert witnesses, if proper request has

been made, there must be a <u>literal</u> compliance with the requirements of

<u>C.R. 26.02(4)(a)(i)</u>.  A party must identify each person whom the party

expects to call on as an expert witness at trial, state the subject matter

on which the expert is expected to testify, and <u>state the substance of the</u>

<u>fact and opinions to which the expert is expected to testify and a</u>

<u>summary of the grounds of each opinion</u>.  **This information shall be**

**provided by the Plaintiff no later than 140 days before REFERENCE**

**DATE, and by the Defendant no later than 30 days after the**

**designation by Plaintiff(s) experts, but in no case later than 110 days**

**before the REFERENCE DATE. Any rebuttal expert by either party**

**shall be designated within 20 days of deposition of the Defendant(s)**

**expert(s).**   Failure to comply with the letter and spirit of the aforesaid

civil rule may result in the suppression of the expert's testimony. Any

challenge to the qualification of any expert witness shall be filed within 10 days of the expert's challenge and noticed for hearing at the next regularly scheduled court date.

4.    Counsel for each party shall exchange a list of the names and addresses of all other persons who will testify at the trial and file such list in the record on or before 45 days before the REFERENCE DATE.

5.    Counsel for each party shall exchange a list of proposed documentary evidence and exhibits of any kind to be presented at pre-trial and make them available for inspection and copying thereafter at least 45 days before the REFERENCE DATE.

6.    The taking of depositions shall be completed on or before 60 days before the REFERENCE DATE.

7.    Any proposed amendment of pleadings based on the discovery received shall be filed and noticed for hearing, if necessary, at the regularly scheduled Motion Hour of the Court immediately preceding the REFERENCE DATE.  Any motion to amend not based on discovery shall be filed as soon as possible and noticed for hearing at the next regularly scheduled Motion Hour of the Court, so as to subject

such proposed amendments as early as possible to discovery and development without delay.

8.     Objections to portions of any depositions shall be in writing and filed with the Court 20 days before, with any responses filed 10 days before the regularly scheduled Motion Hour of the Court immediately preceding the REFERENCE DATE.  Such objections shall state with specificity the basis for the objection and shall refer to specific authority with copies of such authorities attached.

9.     All motions (i.e. motions in limine, exclusion of testimony or other evidence, trial motions, dispositive motions, etc.) shall be submitted 20 days before the regularly scheduled Motion Hour of the Court immediately preceding the REFERENCE DATE.   Any responses shall be filed with the Circuit Clerk 10 days before the hearing noticed by such motions.

10.     Pursuant to CR 98(c), at the time a chart or document larger than 8 1/2 x 11 is introduced into evidence, a photocopy or photocopies that are 8 1/2 x 11 or smaller shall be submitted.  At the time a photograph larger than 8 1/2 x 11 is introduced into evidence, a copy of that photograph that is 8 1/2 x 11 or smaller shall be submitted.  At the

time a real object is introduced into evidence, a photograph or photographs of that object are to be submitted.

11.   In each instance, the photocopies or photographs will be made a part of the record in lieu of the exhibit itself being retained by the Clerk as a part of the record, absent necessity to retain the actual exhibit.

12.   Jurors are to be referred to by their **juror number only**.  No party, attorney, representative of any party, attorney, or witness shall contact, communicate with, or interview any juror before, during or after trial, except as permitted by the Court.

13.   This Court requires strict adherence to the instructions set forth in this order. Deviations from this order are only permissible upon express permission from this Court.  Any objection to this Order must be addressed by motion on the regularly scheduled Motion Hour of this Court following its entry. The Court recognizes that the deadlines established by this Order may not be appropriate for your particular case. Should changes be necessary (extension or alteration of deadlines for Plaintiff or Defendant) please notice for the next regularly scheduled Motion Hour of this Court following the entry of this Order.

14.    If this matter should thereafter be scheduled for trial, **all discovery and other deadlines herein shall remain according to the REFERENCE DATE and remain unchanged. These deadlines are not extended beyond THAT DATE** by the fact that a trial or pretrial is or was subsequently scheduled; the parties will not be permitted to reopen discovery absent a show of extraordinary circumstances.

15.    The attorneys of record and any party not represented by an attorney shall immediately notify the Court of their email address or notify the Court that such is unavailable and that their mail address is to be used by the Court for notices, if necessary, pursuant to this Order.

16.    If the parties agree on a settlement, a notice shall be given the court at  michaelocaperton@kycourts.net and amandamurphy@kycourts.net along with a tendered Order.

17.    The parties shall mediate all matters not later than 30 days after the REFERENCE DATE if mediation would appear to resolve the issues, and immediately report to the Court the result of same whether successful, still negotiating, or negotiations have ceased and will not be fruitful in the settlement of any or all matters before the Court.

18.    Local Rules for the 27th Judicial Circuit Court can be

accessed at the following:

https://kycourts.gov/Local_Rules_of_Practice/C27LOCALRULES.pdf.

19.   No deadline or alteration of this Order shall be effective

absent further Order of the Court.

DATED this _____ day of _____, 202___.

_____
MICHAEL O. CAPERTON, JUDGE
DIVISION II, KNOX CIRCUIT COURT

DISTRIBUTION:

Hon. Jeremy Bryant
37 South Park Center Dr., Ste. 6
Corbin, KY 40701

Hon. Billy Taylor
110 Knox St., Ste. A
Barbourville, KY 40906

SW         3-17-22
Clerk's Initials/Date