COMMONWEALTH OF KENTUCKY
27TH JUDICIAL CIRCUIT
KNOX CIRCUIT COURT
CASE NO. 20-CI-00204
DIVISION II

SHARDABEN PATEL and
ASHOKKUMAR PATEL,                                    PLAINTIFFS,

VS.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL,                                           DEFENDANTS.

## ANSWER

Comes now the Defendant, Bharatbhai Patel, Amit Patel and Kanu Patel, by and through Counsel for their Answer to the Complaint filed herein, and states as follows:

1. The allegations contained in paragraph 1 are admitted.

2. The allegations contained in paragraph 2 are admitted.

3. The allegations contained in paragraph 3 are admitted.

4. The allegations contained in paragraph 4 are denied.

5. The allegations contained in paragraph 5 are denied in part, it is admitted that the parties entered into an oral agreement, however the oral agreement was not for 100% ownership to operate the store.

6. The allegations contained in paragraph 6 are denied, as that was not the


EXHIBIT 5

terms of the parties agreement.

7. The allegations contained in paragraph 7 are admitted in part, that while the Plaintiffs operated the C store they did pay most of the operating bills and expenses.

8. The allegations contained in paragraph 8 are denied, sales had never increased which was the basis for the Plaintiffs leaving the store and forfeiting any interest.

9. The allegations contained in paragraph 9 are denied, Defendant Patel never requested anyone to forfeit their business and leave the premises.

10. The allegations contained in paragraph 10 are denied.

11. The allegations contained in paragraph 11 are denied, the Defendant paid the Plaintiff for their stock upon the Plaintiff voluntarily leaving. The payment for said inventory was the check in which the Plaintiff was charged for altering to gain an additional $10,000.00.

12. The allegations contained in paragraph 12 are denied.

13. The allegations contained in paragraph 13 are denied.

14. The allegations contained in paragraph 14 are denied, no representation was ever made as to owning the business.

15. The allegations contained in paragraph 15 are denied, as the Plaintiffs voluntarily left the business and requested payment for the remaining inventory.

16. The allegations contained in paragraph 16 are denied.

17. The allegations contained in paragraph 17 are denied, the Plaintiff never suffered any damages from the Defendants actions.

18. The allegations contained in paragraph 18 are denied.

19. The allegations contained in paragraph 19 are denied, Plaintiff is not entitled to any punitive damages for any allegations made within this complaint.

20. The allegations contained in paragraph 20 are denied.

21. The allegations contained in paragraph 21 are denied, as sales were never increasing during the Plaintiffs occupancy of the store which resulted in them leaving the business.

22. The allegations contained in paragraph 22 are denied, as the Defendant received no benefit from any actions of the Plaintiff.

23. The allegations contained in paragraph 23 are denied, as the Plaintiffs have suffered no damages from any act of the Defendant.

## AFFIRMATIVE DEFENSES

The Complaint fails to state a claim upon which relief may be granted, the Court lacks jurisdiction, Doctrine of Unclean Hands, allegations are barred by waiver and estoppel, Doctrine and Accord and Satisfaction, failing to name a necessary and indispensable party, no contractual privity between the parties, statute of limitations, complaint sets forth conclusory pleadings, the Defendant pleads any and all affirmative defenses not specifically mentioned herein.

WHEREFORE, Defendant Bharatbhai Patel, Amit Patel and Kanu Patel respectfully demands and prays from the Court as follows:

1. That the Complaint be dismissed;

2. Leave to amend said Answer to Complaint;

3. Fees and costs in defending this action;

4. And any further relief to which the Defendant may be entitled to.

DATED: January 4, 2021

BILLY J. TAYLOR
TAYLOR LAW OFFICE, PLLC
110 Knox Street, Suite A
Barbourville, Kentucky 40906
Phone: (606) 545-0224
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Answer to Complaint was mailed to the following:

Hon. Jeremy W. Bryant
37 South Park Center, Suite 6
Corbin, Kentucky 40701

**Original to:**
Knox Circuit Court Clerk

BILLY J. TAYLOR
TAYLOR LAW OFFICE, PLLC