IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| **SHARDABEN PATEL** and **ASHOKKUMAR PATEL** ) ) ) **Plaintiffs,** ) ) v. ) ) **BHARATBHAI PATEL,** ) **AMIT PATEL,** ) And ) **KANU PATEL** ) ) **Defendants.** ) ) | **CIVIL ACTION NO. 6:23-cv-00189** |

## ORDER OVERRULING

UPON THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO STAY DISCOVERY AND MOTION TO STAY DISCOVERY, this Court, being in all ways sufficiently advised by the record herein, argument from the parties, and all applicable law, hereby ORDERS and ADJUDGES that the Defendants' Motion is hereby OVERRULED.

The parties herein may proceed with discovery in this action.