UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SHARDABEN PATEL & ASHOKKUMAR PATEL, | ) ) ) | |
| Plaintiffs, | ) ) | No. 6:23-CV-189-CHB-HAI |
| v. | ) ) ) | |
| BHARATBHAI PATEL, AMIT PATEL, & KANU PATEL, | ) ) ) | ORDER |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After Defendants filed a motion to dismiss this matter for lack of jurisdiction (D.E. 6), Defendants also moved for a stay of proceedings until the motion to dismiss is resolved (D.E. 7). Plaintiffs responded in opposition to the stay. D.E. 9. **IT IS HEREBY ORDERED THAT** Defendants **SHALL FILE** a reply to their motion to stay proceedings (D.E. 7) on or before **Wednesday, January 10, 2024**.

This the 2nd day of January, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge