

**20-CI-00204**

## PATEL, SHARDABEN, ET AL VS. PATEL, BHARATBHAI, ET AL

**KNOX CIRCUIT COURT**

Filed on **05/28/2020** as **CONTRACT** with **HON. MICHAEL CAPERTON**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 20-CI-00204 |
|---|---|

**PATEL, AMIT** as **DEFENDANT / RESPONDENT**

**Summons**

CIVIL SUMMONS issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, ASHOKKUMAR** as **PLAINTIFF / PETITIONER**

**PATEL, BHARATBHAI** as **DEFENDANT / RESPONDENT**

**Summons**

CIVIL SUMMONS issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, KANU** as **DEFENDANT / RESPONDENT**

**Summons**

CIVIL SUMMONS issued on **05/28/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, SHARDABEN** as **PLAINTIFF / PETITIONER**

**BRYANT, JEREMY** as **ATTORNEY FOR PLAINTIFF**

**Address**

BRYANT LAW, PLLC
37 SOUTH PARK CENTER DRIVE, SUITE 6
CORBIN KY 40701

**TAYLOR, BILLY J** as **ATTORNEY FOR DEFENDANT**

**Address**

ATTORNEY AT LAW
110 KNOX STREET, SUITE A
BARBOURVILLE KY 40906

| Documents | 20-CI-00204 |
|---|---|

**COMPLAINT / PETITION** filed on **05/28/2020**

**NOTICE OF FILING** filed on **08/20/2020**
*ATTACHED SUMMONS*

**ANSWER** filed on **01/08/2021**

**NOTICE - OTHER** filed on **06/08/2021**

**TENDERED DOCUMENT** filed on **10/08/2021**

**NOTICE - OTHER** filed on **10/08/2021**

**ORDER - AGREED** entered on **10/13/2021**
*AGREED ORDER REFERRING TO MEDIATION*

**ORDER - OTHER** entered on **03/17/2022**
*SCHEDULING ORDER*

**ORDER - OTHER** entered on **02/17/2023**
*ORDER COMPELLING*

**TENDERED DOCUMENT** filed on **07/26/2023**

**ORDER - AGREED** entered on **08/23/2023**

**ORDER - OTHER** entered on **10/31/2023**
*ORDER RESCHEDULING HEARING.*

**EXHIBIT A**

| Events | 20-CI-00204 |
|---|---|

**MOTION HOUR** scheduled for **01/18/2024 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION FOR HEARING** filed on **12/08/2023** by **AP**
> - **MOTION FOR JUDGMENT** filed on **10/24/2023** by **AP**

**MOTION HOUR** scheduled for **06/12/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023** by **AP**

**MOTION HOUR** scheduled for **02/13/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION TO COMPEL** filed on **02/05/2023** by **AP**
> - **MOTION TO SET ASIDE** filed on **02/05/2023** by **AP**

**MOTION HOUR** scheduled for **03/14/2022 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
> - **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
> *FOR SCHEDULING ORDER*

**MOTION HOUR** scheduled for **10/11/2021 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION FOR MEDIATION** filed on **09/11/2021** by **AP**

| Images | 20-CI-00204 |
|---|---|

**COMPLAINT / PETITION** filed on **05/28/2020**   *Page(s): 5*

**SUMMONS** filed on **05/28/2020**   *Page(s): 1*

**SUMMONS** filed on **05/28/2020**   *Page(s): 1*

**SUMMONS** filed on **05/28/2020**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **05/28/2020**   *Page(s): 1*

**NOTICE OF FILING** filed on **08/20/2020**   *Page(s): 4*

**NOTICE - OTHER** filed on **06/08/2021**   *Page(s): 2*

**MOTION FOR MEDIATION** filed on **09/11/2021**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **10/08/2021**   *Page(s): 2*

**NOTICE - OTHER** filed on **10/08/2021**   *Page(s): 2*

**MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2*

**MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2*

**MOTION TO SET ASIDE** filed on **02/05/2023**   *Page(s): 2*

**MOTION TO COMPEL** filed on **02/05/2023**   *Page(s): 2*

**MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023**   *Page(s): 2*

**TENDERED DOCUMENT** filed on **07/26/2023**   *Page(s): 2*

**MOTION FOR JUDGMENT** filed on **10/24/2023**   *Page(s): 4*

**MOTION FOR HEARING** filed on **12/08/2023**   *Page(s): 2*

**EXHIBIT A**

**\*\*\*\* End of Case Number : 20-CI-00204 \*\*\*\***

**EXHIBIT A**