Filed        20-CI-00204        06/08/2021        Greg Helton, Knox Circuit Clerk

**NOT ORIGINAL DOCUMENT**
**01/22/2024 09:05:48 PM**
**91971**

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
KNOX COUNTY CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00204
DIVISION NO. II
*VIA ELECTRONIC FILING*

SHARDABEN PATEL and
ASHOKKUMAR PATEL                                         PLAINTIFF

VS.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL                                               DEFENDANTS.

_____

**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY**

_____

Come now the Plaintiffs, by counsel, and hereby gives notice of the service of discovery upon the Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, on this the 8th day of June 2021.

Respectfully Submitted,

/s/ JEREMY W. BRYANT
JEREMY W. BRYANT, ESQ. (KBA #92983)
Bryant Law PLLC
KBA #92983
37 South Park Center Drive, Ste. 6
Corbin, Kentucky 40701
Phone: 606-261-7381
Fax: 844-927-2494
j@jeremybryantlaw.com

1

**EXHIBIT A**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was served via regular U.S. Mail, postage prepaid, to the following on this the 8th day of June, 2021:

Hon. Billy J. Taylor
110 Knox Street, Suite A
Barbourville, KY 40906

                                                       /s/ JEREMY W. BRYANT
                                                       JEREMY W. BRYANT

**EXHIBIT A**