Filed    20-CI-00204    02/17/2022    Greg Helton, Knox Circuit Clerk

**NOT ORIGINAL DOCUMENT**
**01/22/2024 11:12:20 PM**
**91971**

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
KNOX COUNTY CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00204
DIVISION NO. II
*VIA ELECTRONIC FILING*

SHARDABEN PATEL and
ASHOKKUMAR PATEL                                             PLAINTIFF

VS.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL                                                   DEFENDANTS.

_____

**MOTION TO COMPEL**
_____

Comes now Plaintiff, by and through counsel, and hereby requests that an order compelling discovery responses to discovery that was tendered to the Defendants on or around June 6, 2021, be entered herein.

WHEREFORE, movant requests an order in conformity with this request.

Respectfully submitted,

/s/ JEREMY W. BRYANT
JEREMY W. BRYANT, KBA #92983
BRYANT LAW OFFICE, PLLC.
37 South Park Center Drive, Suite 6
Corbin, Kentucky 40701
Phone: 606-261-7381
Fax: 1-844-927-2494
j@jeremybryantlaw.com
*Counsel for Plaintiff*

**EXHIBIT C**

Filed   20-CI-00204   02/17/2022   Greg Helton, Knox Circuit Clerk

NOT ORIGINAL DOCUMENT
01/22/2024 11:12:20 PM
91971

## NOTICE OF HEARING

All parties please be advised that a hearing on this motion shall take place on Monday, March 14, 2022, before Michael O. Caperton in the Knox County Circuit Court, Barbourville, Kentucky, on or around the hour of 9:00 a.m., or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed with the Knox County Circuit Court Clerk and a copy thereof was sent via e-filing/regular U.S. Mail, postage prepaid/or via email to Hon. Billy Taylor, counsel for Defendants, 110 Knox Street, Suite A, Barbourville, KY 40906, this the 17th day of February 2022.

/s/ JEREMY W. BRYANT
Jeremy W. Bryant, *Counsel for Plaintiffs*

Filed   20-CI-00204   02/17/2022   Greg Helton, Knox Circuit Clerk

COM : 000002 of 000002

**EXHIBIT C**