Filed          20-CI-00204          02/05/2023          Greg Helton, Knox Circuit Clerk

**DOCUMENT**

**PM**

NOT ORIGINAL

01/22/2024 11:13:40

91971

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
KNOX COUNTY CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00204
DIVISION NO. II
*VIA ELECTRONIC FILING*

SHARDABEN PATEL and
ASHOKKUMAR PATEL                                                          PLAINTIFF

VS.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL                                                                DEFENDANTS.

_____

**RENEWED MOTION TO COMPEL DISCOVERY**
_____

Come now Plaintiffs, by and through counsel, and request that an order be entered Erin compelling discovery responses from the Defendants.

WHEREFORE, movant requests an order in conformity with this request.

Respectfully submitted,

/s/ JEREMY W. BRYANT
JEREMY W. BRYANT, KBA #92983
BRYANT LAW OFFICE, PLLC.
37 South Park Center Drive, Suite 6
Corbin, Kentucky 40701
Phone: 606-261-7381
Fax: 1-844-927-2494
j@jeremybryantlaw.com
*Counsel for Plaintiff*

COM : 000001 of 000002

Filed          20-CI-00204          02/05/2023          Greg Helton, Knox Circuit Clerk

**EXHIBIT D**

Filed          20-CI-00204          02/05/2023          Greg Helton, Knox Circuit Clerk

NOT ORIGINAL DOCUMENT
01/22/2024 11:13:40 PM
91971

## NOTICE OF HEARING

All parties please be advised that a hearing on this motion shall take place on Monday, February 13, 2023, before Michael O. Caperton in the Knox County Circuit Court, Barbourville, Kentucky, on or around the hour of 9:00 a.m., or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed with the Knox County Circuit Court Clerk and a copy thereof was sent via e-filing/regular U.S. Mail, postage prepaid/or via email to Hon. Billy Taylor, counsel for Defendants, 110 Knox Street, Suite A, Barbourville, KY 40906, this the 5th day of February 2023.

/s/ JEREMY W. BRYANT
Jeremy W. Bryant, *Counsel for Plaintiffs*

Filed          20-CI-00204          02/05/2023          Greg Helton, Knox Circuit Clerk

COM : 000002 of 000002

**EXHIBIT D**