Filed        20-CI-00204        02/05/2023        Greg Helton, Knox Circuit Clerk

**DOCUMENT**

**PM**

NOT ORIGINAL

01/22/2024 09:35:51

91971

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
KNOX COUNTY CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00204
DIVISION NO. II
*VIA ELECTRONIC FILING*

SHARDABEN PATEL and
ASHOKKUMAR PATEL                                           PLAINTIFF

VS.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL                                                 DEFENDANTS.

_____

**MOTION TO SET ASIDE SCHEDULING ORDER**
_____

Come now Plaintiffs, by and through counsel, and requests that the scheduling order entered herein be set aside. As grounds, the parties have been unable to mediate this matter or engage in depositions as written discovery is still outstanding.

WHEREFORE, movant requests an order in conformity with this request.

Filed            20-CI-00204            02/05/2023            Greg Helton, Knox Circuit Clerk

NOT ORIGINAL DOCUMENT
01/22/2024 09:35:51 PM
91971

Respectfully submitted,

/s/ JEREMY W. BRYANT
JEREMY W. BRYANT, KBA #92983
BRYANT LAW OFFICE, PLLC.
37 South Park Center Drive, Suite 6
Corbin, Kentucky 40701
Phone: 606-261-7381
Fax: 1-844-927-2494
j@jeremybryantlaw.com
*Counsel for Plaintiff*

## NOTICE OF HEARING

All parties please be advised that a hearing on this motion shall take place on Monday, February 13, 2023, before Michael O. Caperton in the Knox County Circuit Court, Barbourville, Kentucky, on or around the hour of 9:00 a.m., or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed with the Knox County Circuit Court Clerk and a copy thereof was sent via e-filing/regular U.S. Mail, postage prepaid/or via email to Hon. Billy Taylor, counsel for Defendants, 110 Knox Street, Suite A, Barbourville, KY 40906, this the 5th day of February 2023.

/s/ JEREMY W. BRYANT
Jeremy W. Bryant, *Counsel for Plaintiffs*

Filed            20-CI-00204            02/05/2023            Greg Helton, Knox Circuit Clerk

SA : 000002 of 000002

**EXHIBIT E**