UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL,<br><br>   *Plaintiffs,*<br><br>v.<br><br>BHARATBHAI PATEL, AMIT PATEL, and KANU PATEL<br>   *Defendants.* | No. 6:23-CV-00189-CHB-HAI |

**NOTICE OF FILING OF STATE COURT JUDGMENT IN
SUPPLEMENTATION OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, by counsel, hereby supplement the previously filed Motion to Dismiss (DE 6) with the following:

1. Final Judgment entered by the Knox Circuit Court in the underlying state court action on January 22, 2024 (**Exhibit A**); and

2. State Court docket obtained January 25, 2024 (**Exhibit B**).

The copy[1] of the Judgment was emailed to the undersigned shortly before the instant filing by Billy Taylor, Esq, Defendants' counsel in the state action. Out of an abundance of caution, and because Defendants do not possess a certified copy of the Judgment, Defendants are submitting

---

[1] Defendants have made arrangements to obtain a certified copy of the Judgment in short order and will supplement accordingly.

an updated docket history in the state action substantiating entry of the Judgment. See **Exhibit B** at 2.

The Judgment was designated "final and appealable" and appears to completely resolve all aspects of the identical claims Plaintiffs asserted in the state and federal actions.

DATED: January 25, 2024 

Respectfully submitted,

_____
Jay Milby Ridings (KBA No. 91971)
Kelsey Lee Bryant (KBA No. 98442)
Hamm, Milby & Ridings PLLC
120 N. Main St.
London, KY 40741
Telephone: (606) 864-4126
Fax: (606) 878-8144
jridings@hmkylaw.com
kelsey@hmrkylaw.com

*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY  40701
j@jeremybryantlaw.com

_____
*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*