COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
LAUREL CIRCUIT COURT
CASE NO: 20-CI-00204
DIVISION NO.: II

ENTERED
GREG HELTON
JAN 22 2024
KNOX CIRCUIT/DISTRICT COURT
BY _____ D.C.

**SHARDABEN PATEL and
ASHOKKUMAR PATEL**                               **PLANTIFFS**

**V.**

**BHARATBHAI PATEL,
AMIT PATEL and,
KANU PATEL**                                     **DEFENDANTS**

---

## JUDGMENT

---

This cause having come on for hearing upon the Motion of the Plaintiffs for a Judgment herein, and it appearing to the Court that the Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, having failed to comply with the agreed order entered herien on August 23, 2023, wherein the Defendants agreed that the Plaintiffs would be entitled to judgment should discovery not be tendered within five (5) days of entry, and the Court having heard argument today during civil motion hour on January 18, 2023, that counsel for the Plaintiffs has never received said discovery, it is hereby ORDERED and ADJUDGED that the Plaintiffs herein shall have judgment against the Defendants, jointly and severally, in the amount of $357,000.00.

This is a final and appealable order, there being no just cause for delay.

So given under my hand on this the _____ day of _____, 2024.

_____
Hon. Michael O. Caperton
Knox Circuit Court, Div. II

**EXHIBIT A**

**DISTRIBUTION**

Billy Taylor, Esq.
Taylor Law Office, PLLC
110 Knox Street, Suite A
Barbourville, KY 40906                ( ✓ )

Jeremy W. Bryant, Esq.
37 South Park Center Drive, Suite 6
Corbin, KY 40701                      ( ✓ )

_____  1-22-24
CLERK'S INITIALS    DATE

**EXHIBIT A**