UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL,<br><br>　　　　*Plaintiffs,*<br><br>　v.<br><br>BHARATBHAI PATEL, AMIT PATEL, and KANU PATEL<br>　　　　*Defendants.* | No. 6:23-CV-00189-CHB-HAI |

**SECOND NOTICE OF FILING OF STATE COURT JUDGMENT IN
SUPPLEMENTATION OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, by counsel, hereby supplement the previously filed Motion to Dismiss (DE 6) with the following:

1. Certified copy of the January 22, 2025, Judgment entered by the Knox Circuit Court in the underlying state court action. (**Exhibit C**).

DATED: January 26, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Jay Ridings
　　　　　　　　　　　　　　　　　　　　　Jay Milby Ridings (KBA No. 91971)
　　　　　　　　　　　　　　　　　　　　　Kelsey Lee Bryant (KBA No. 98442)
　　　　　　　　　　　　　　　　　　　　　Hamm, Milby & Ridings PLLC
　　　　　　　　　　　　　　　　　　　　　120 N. Main St.
　　　　　　　　　　　　　　　　　　　　　London, KY 40741
　　　　　　　　　　　　　　　　　　　　　Telephone: (606) 864-4126

Fax: (606) 878-8144  
jridings@hmkylaw.com  
kelsey@hmrkylaw.com  

*Counsel for Defendants Bharatbhai Patel,*  
*Amit Patel, and Kanu Patel*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 26th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.  
Bryant Law, PLLC  
37 South Park Center Drive, Suite 6  
Corbin, KY  40701  
j@jeremybryantlaw.com

  /s/ Jay Ridings                 
*Counsel for Defendants Bharatbhai Patel,*  
*Amit Patel, and Kanu Patel*