UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 6:23-cv-189-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BHARATBHAI PATEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. Defendants filed a Motion to Dismiss, [R. 6], arguing that Plaintiffs' action in this Court should be dismissed because Plaintiff has raised identical claims in an ongoing state court action. That motion is now ripe for review. [R. 11 (Response)]; [R. 14 (Reply)]. However, Defendants have now filed two Notices, advising the Court that the state court action has concluded and "appears to completely resolve all aspects of the identical claims Plaintiffs asserted in the state and federal actions." [R. 15]; [R. 16]. Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. On or before **February 12, 2024**, Plaintiffs **SHALL** file a response to Defendants' Notices, [R. 15]; [R. 16]. Specifically, Plaintiffs shall respond to Defendants' assertion that Plaintiffs' claims in the state and federal actions are now resolved.

This the 29th day of January, 2024.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -