UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL,<br><br>   *Plaintiffs,*<br><br>v.<br><br>BHARATBHAI PATEL, AMIT PATEL, and KANU PATEL<br>   *Defendants.* | No. 6:23-CV-00189-CHB-HAI |

**JOINT REPORT OF PARTIES' RULE 26(f) PLANNING MEETING**

  Pursuant to the Court's Order of January 11, 2024 (DE 13 at 5-6), the following participated in a telephonic Federal Rule 26(f) planning conference on January 31, 2024:

| | |
|---|---|
| Jeremy W. Bryant<br>Bryant Law, PLLC<br>37 South Park Center Drive, Suite 6<br>Corbin, KY 40701<br>*Counsel for Plaintiffs, Shardaben Patel and Ashokkumar Patel* | Jay Milby Ridings<br>Hamm, Milby & Ridings PLLC<br>120 N. Main St.<br>London, KY 40741<br>*Counsel for Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel* |

(1) Initial Disclosures: The Plaintiffs will complete their initial expert disclosure as required by Fed. R. Civ. P. 26(a)(1) on or before Friday, March 15, 2024. The Defendants will prepare their initial disclosures as required by Fed. R. Civ. P. 26(a)(1) on or before Tuesday, April 12, 2024. The parties will supplement their initial disclosures in accordance with the Federal Rules Civil Procedure.

(2) Discovery Plan: The parties propose the following discovery plan:

  a) Discovery will be necessary on all matters relevant to the parties' pleadings,

including, but not limited to, liability, existence of any legally binding contract, terms of any contract, breach of any contract, and causation and amount of damages. Defendants also believe that discovery relating to Plaintiffs' actions and diligence in the underlying state court proceedings are relevant to various affirmative and other defenses likely to be asserted in this federal action.

      b)      The Plaintiffs will have until Wednesday, August 14, 2024, to amend their pleadings and/or to join additional parties. No party, however, waives any defenses, including, but not limited to, statute of limitations defenses, to any attempt by Plaintiff to join new parties.

      c)      Defendants shall have until Monday, October 14, 2024, to amend their pleadings and/or join additional parties. No party, however, waives any defenses, including, but not limited to, statute of limitations defenses, to any attempt by Defendants to join new parties.

      d)      The parties shall have until Thursday, November 14, 2024, to serve any written discovery.

      e)      Fact discovery shall be completed by Friday, November 29, 2024.

      f)      Plaintiffs shall identify their experts pursuant to Fed. R. Civ. P. 26(a)(2) and serve Defendants with their reports of expert witnesses on or before Wednesday, August 14, 2024.

      g)      Defendants shall identify their experts pursuant to Fed. R. Civ. P. 26(a)(2) and serve Plaintiff with their reports of expert witnesses on or before Monday, October 14, 2024.

      h)      Expert discovery shall be completed by Monday, December 16, 2024.

      g)      Dispositive motions and *Daubert* motions shall be filed on or before Friday, February 14, 2025. All response memoranda and reply memoranda shall be filed in accordance with the deadlines set by Local Rule 7.1(c).

      h)      All written discovery requests, including interrogatories, requests for production, and requests for admission, will be governed by the applicable Federal Rules of Civil Procedure,

except that Plaintiffs and Defendants shall be entitled to serve 30 Interrogatories without the necessity of obtaining leave of Court.

(3)     Other Items.

a)     Disclosure of electronically stored information will be handled as provided in the Federal Rules of Civil Procedure.

b)     The parties request a Final Pretrial Conference on or after April 10, 2025.

c)     The parties anticipate a two (2) day trial. Undersigned counsel are currently available for trial beginning on or after May 1, 2025. To the extent feasible, Defendants' counsel respectfully requests that trial not be assigned on May 15-16 due to a preexisting engagement.[1]

d)     No later than thirty (30) days before the Final Pretrial Conference, counsel shall file with the clerk an original, shall submit a copy to the Court's chambers, and shall provide a copy to opposing counsel of the following, **each to be filed as a separate document:**

   i.     Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), a witness list with a brief summary of the expected testimony of each witness. Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), **the witness list shall be filed separately** and include the designation of those witnesses whose testimony is expected to be presented by deposition with references to the pages and the questions to be presented; and, if the deposition was not taken stenographically, a transcript of the pertinent portions of the deposition testimony shall be attached to the witness list.

   ii.    Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), a list of exhibits intended to be used at trial. **The exhibit list shall be filed separately** and contain a description of each exhibit in sufficient detail to permit adequate identification thereof and shall include a list

---

[1] Kentucky Bar Association Board of Governors' meeting.

of any demonstrative and/or summary exhibits to be used at trial (including any to be used during opening statements). Counsel shall pre-mark all exhibits in accord with Rule 83.10 of the Joint Local Rules for the United States District Courts of the Eastern and Western Districts of Kentucky, with numbers in the order expected to be introduced at trial, and shall provide to opposing counsel copies of all such exhibits and of all demonstrative aids intended to be used at trial.

e) No later than fifteen (15) days before the Final Pretrial Conference, counsel shall:

  i. File their written objections, pursuant to Fed. R. Civ. P. 26(a)(3)(B), to the list of witnesses and exhibits previously filed by any other party.

  ii. File any appropriate motions in limine.

  iii. File any motions for ruling by the Court upon any objection made in any deposition to be used at trial on which ruling by the Court is necessary prior to trial.

f) No later than ten (10) days before the Final Pretrial Conference, the parties shall:

  i. File responses to any of the motions filed pursuant to Paragraph (e) subsections i., ii., and iii.

  ii. Proposed Jury Instructions shall be filed separately with supporting authorities.

g) At this time, the parties are not aware of any claims of privilege and counsel agree to handle these claims as they become apparent.

h) There are issues to be submitted to a jury.

(4) The parties do not consent to this matter being referred to a United States Magistrate Judge for all purposes including entry of Judgment pursuant to 28 U.S.C. § 636. The parties, however, stipulate that they may consent to mediation before a United States Magistrate Judge or a private

mediator no later than 120 days before a scheduled trial date.

_____
Jay Milby Ridings (KBA No. 91971)
Hamm, Milby & Ridings PLLC
120 N. Main St.
London, KY 40741
Telephone: (606) 864-4126
jridings@hmkylaw.com
*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

  /s/ Jeremy Bryant[2]
Jeremy W. Bryant
Bryant Law, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY 40701
j@jeremybryantlaw.com
*Counsel for Plaintiffs, Shardaben Patel and Ashokkumar Patel*

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

_____
*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

---

[2] By Jay Ridings with permission.