# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT LONDON

| | |
|---|---|
| **SHARDABEN PATEL** and **ASHOKKUMAR PATEL** ) ) ) **Plaintiff,** ) ) v. ) ) **BHARATBHAI PATEL,** ) **AMIT PATEL,** ) And ) **KANU PATEL** ) ) **Defendants.** ) ) | **CIVIL ACTION NO. 6:23-cv-00189** **RESPONSE TO NOTICES** **[R. 15] and [R. 16]** |

Come now the Plaintiffs, by and through counsel, and per order of Court entered on January 29th, 2024 [17] respond as follows:

As of February 12, 2024, the Judgment attached to Notice 15 as "Exhibit A" has been vacated and the state court action has been dismissed in favor of this federal court litigation upon motion by counsel for the Defendants in the state court action. A written order is to be tendered to Hon. Judge Michael O. Caperton from Attorney Billy Taylor, counsel for Defendants in the state court action. The same is not available at the time of this filing as the motion to vacate that judgment was just heard on February 12, 2024. Undersigned counsel will supplement the record with the order upon the same being executed and entered.

The Defendants, through counsel, advised the Court on the record that they did not contest this matter continuing in federal court with a state court dismissal. This was

the argument undersigned counsel anticipated hearing at the January motion hour. However, neither the Defendants nor their counsel appeared at that time.

At this time the judgment has been vacated and the state court matter has been dismissed in favor of the federal court action. Given that the state court action has been dismissed, with the Knox County Circuit Court noting the order to be tendered should reflect the federal civil case number and that this matter should take precedence over the state court action, and also taking into account that the Defendants, through counsel, have averred that they consent to federal court hearing this matter upon a dismissal of the state action (which occurred today by bench order to be reflected in a written order), Plaintiffs request this matter remain active and open on the federal court docket.

By way of extension, the dismissal of the state court action, coupled with that consent from the Defendants, through counsel, should operate to render the basis for the Defendants' motion to dismiss for lack of jurisdiction filed herein [6] as moot.

WHEREFORE, the Plaintiffs respectfully request that the motion to dismiss be denied at this time as moot and that this matter remain active and open, with the deadlines in the Rule 26(f) Report to govern the progression of this action.

    Respectfully submitted,

    By: <u>JEREMY W. BRYANT</u>
        JEREMY W. BRYANT, ESQ.
        BRYANT LAW, PLLC
        37 South Park Center Drive, Suite 6
        Corbin, KY 40701
        (606) 261-7381 (p)
        844-927-2494 (f)
        j@jeremybryantlaw.com

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was sent via CM-ECF and a copy thereof was sent via regular U.S. Mail, postage prepaid, to parties and/or counsel of record on this the 12th day of February 2024.

/s/ JEREMY W. BRYANT
JEREMY W. BRYANT
*Plaintiffs' Counsel*
