UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 6:23-cv-189-CHB |
| v. | ) ) ) | **ORDER** |
| BHARATBHAI PATEL, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. Defendants filed a Motion to Dismiss, [R. 6], arguing that Plaintiffs' action in this Court should be dismissed because Plaintiff has raised identical claims in an ongoing state court action. That motion is now ripe for review. [R. 11 (Response)]; [R. 14 (Reply)]. However, Defendants filed two Notices, advising the Court that the state court action has concluded and "appears to completely resolve all aspects of the identical claims Plaintiffs asserted in the state and federal actions." [R. 15]; [R. 16]. Plaintiffs were ordered to file a response to the Notices. [R. 17]. That response has now been filed, and Plaintiffs claim that the state court judgment has been vacated upon agreement that the action proceed in federal court. [R. 19]. Plaintiffs allege that "the dismissal of the state court action, coupled with that consent from the Defendants, through counsel, should operate to render the basis for the Defendants' motion to dismiss for lack of jurisdiction filed herein . . . as moot." *Id.*

Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

- 2 -

1. On or before **February 20, 2024**, Defendants **SHALL** file a response to Plaintiffs' most recent filing. [R. 19]. Specifically, Defendants shall respond to Plaintiffs' assertion that the parties agreed to dismiss the state court action and proceed in federal court, thereby mooting the Motion to Dismiss, [R. 6].

This the 13th day of February, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY