UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| SHARDABEN PATEL & ASHOKKUMAR PATEL, ) ) ) Plaintiffs, ) ) v. ) ) BHARATBHAI PATEL, AMIT PATEL, & ) KANU PATEL, ) ) Defendants. ) ) | No. 6:23-CV-189-CHB-HAI<br><br>SCHEDULING ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter has been referred to the undersigned to establish a schedule based on party input under Rule 26(f).  D.E. 4.  The parties filed a joint status report with a proposed schedule on February 12, 2024.  D.E. 18.  Pursuant to Fed. R. Civ. P. 16, and upon consideration of the parties' Rule 26(f) report, the Court **ADOPTS** the following schedule for discovery and dispositive motions in this case.

1. Plaintiffs shall provide initial Rule 26(a)(1) disclosures by **March 15, 2024**. Defendants shall provide initial Rule 26(a)(1) disclosures by **April 12, 2024.** The parties shall timely exchange supplemental information as required by Rule 26(e).  These disclosures need not be filed in the Court record.  Supplementation is due within 30 days of discovery of new information or the need to supplement, but shall occur no later than 30 days prior to the discovery deadline.

2. Plaintiff shall have up to and including **August 14, 2024,** in which to amend pleadings or to join parties.  Defendant shall have up to and including **October 14, 2024,** in which to amend pleadings or to join parties.

3. Per Rule 26(a)(2), no later than **August 14, 2024**, Plaintiffs shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the Rule 26(a)(2)(B) expert witnesses and/or written summaries consistent with Rule 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record. No later than **October 14, 2024**, Defendants shall provide same.

4. All written discovery shall be completed on or before **November 14, 2024**. All fact discovery shall be completed on or before **November 29, 2024**. All expert discovery shall be completed on or before **December 16, 2024**. These deadlines mean, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

5. No later than **February 14, 2025**, counsel for the parties shall file all dispositive motions, with responses governed by the local rules. Any depositions cited to in a motion or other brief must be filed in their entirety along with the motion or other brief (either as a separate record entry or if feasible as an attachment).

6. The Court **HEREBY ORDERS** that a mid-discovery telephonic status conference **SHALL** occur on **Friday, July 12, 2024, at 11:30 a.m.** The call, based in London, will be off the record and for counsel only. The Court will provide dial-in information prior to the call.

7. In accordance with District Judge Boom's referral order, the Court declines at this time to schedule a pretrial conference, trial, or deadlines for related filings. Upon resolution of any summary judgment motion or expiration of deadlines for same, Judge Boom will, as necessary and appropriate, set other deadlines (*e.g.* liminal and *Daubert* motions, pretrial filings) and schedule further proceedings. However, should the parties seek to establish *Daubert* or *in limine* deadlines contemporaneous with the dispositive motion deadlines set forth above, they may file a motion to amend this Scheduling Order describing the need for such deadlines.

8. The Court builds the case schedule based on party input. Modification of this schedule thus is disfavored and will only occur under the standards and mechanics of Rule 16 and/or Rule 6, as applicable.

9. Other than the agreed-upon discovery limits within the parties' Rule 26(f) report, the default limits within the discovery rules apply.

This the 13th day of February, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge