# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## AT LONDON

| | |
|---|---|
| **SHARDABEN PATEL** and **ASHOKKUMAR PATEL** ) ) ) | CIVIL ACTION NO. 6:23-cv-00189 |
| **Plaintiff,** ) ) | |
| v. ) ) | **PROOF OF SERVICE** |
| **BHARATBHAI PATEL,** ) **AMIT PATEL,** ) And ) **KANU PATEL** ) ) | |
| **Defendants.** ) ) | |

Come now the Plaintiffs, by and through counsel, and per the Federal Rules of Civil Procedure 4(l)(1), provide proof of service upon Amit Patel ("Exh. 1") and Bharatbhai Patel ("Exh. 2").

Respectfully submitted,

By: <u>JEREMY W. BRYANT</u>
JEREMY W. BRYANT, ESQ.
BRYANT LAW, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY 40701
(606) 261-7381 (p)
844-927-2494 (f)
j@jeremybryantlaw.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was sent via CM-ECF and a copy thereof was sent via regular U.S. Mail, postage prepaid, to parties and/or counsel of record on this the 20th day of February 2024.

                                                  /s/ JEREMY W. BRYANT
                                                  JEREMY W. BRYANT
                                                  *Plaintiffs' Counsel*