AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amit Patel
was received by me on *(date)* 10/27/2023.

☒ I personally served the summons on the individual at *(place)* 160 Bradley Marcum Lane Barbourville, Ky 40906 on *(date)* 11/27/2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 11/27/2023

*Server's signature*

Shawn Hensley, Private Investigator
*Printed name and title*

P.O. Box 571 Barbourville, Ky 40906
*Server's address*

Additional information regarding attempted service, etc:


EXHIBIT 1