AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bharatbhal Patel
was received by me on *(date)* 10/27/2023.

☒ I personally served the summons on the individual at *(place)* 160 Brandley Martin Lane Barbourville, KY 40906  on *(date)* 11/27/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 11/27/2023

_____
Server's signature

Shawn Hensley, Private Investigator
Printed name and title

P.O. Box 571 Barbourville, KY 40906
Server's address

Additional information regarding attempted service, etc:


EXHIBIT 2