KENTUCKY COURT OF JUSTICE

20-CI-00204

# PATEL, SHARDABEN, ET AL VS. PATEL, BHARATBHAI, ET AL

**KNOX CIRCUIT COURT**

Filed on **05/28/2020** as **CONTRACT** with **HON. MICHAEL CAPERTON**

Disposition on **01/22/2024** of **OTHER** by **HON. MICHAEL CAPERTON**

****** NOT AN OFFICIAL COURT RECORD ******

## Case Memo — 20-CI-00204

*JUDGMENT*

## Parties — 20-CI-00204

**PATEL, AMIT** as **DEFENDANT / RESPONDENT**

**Summons**

**CIVIL SUMMONS** issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, ASHOKKUMAR** as **PLAINTIFF / PETITIONER**

**PATEL, BHARATBHAI** as **DEFENDANT / RESPONDENT**

**Summons**

**CIVIL SUMMONS** issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, KANU** as **DEFENDANT / RESPONDENT**

**Summons**

**CIVIL SUMMONS** issued on **05/28/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, SHARDABEN** as **PLAINTIFF / PETITIONER**

**BRYANT, JEREMY** as **ATTORNEY FOR PLAINTIFF**

**Address**

BRYANT LAW, PLLC
37 SOUTH PARK CENTER DRIVE, SUITE 6
CORBIN KY 40701

**TAYLOR, BILLY J** as **ATTORNEY FOR DEFENDANT**

**Address**

ATTORNEY AT LAW
110 KNOX STREET, SUITE A
BARBOURVILLE KY 40906

## Documents — 20-CI-00204

**COMPLAINT / PETITION** filed on **05/28/2020**

**NOTICE OF FILING** filed on **08/20/2020**
*ATTACHED SUMMONS*

**ANSWER** filed on **01/08/2021**

**NOTICE - OTHER** filed on **06/08/2021**

**TENDERED DOCUMENT** filed on **10/08/2021**

**NOTICE - OTHER** filed on **10/08/2021**

**ORDER - AGREED** entered on **10/13/2021**
*AGREED ORDER REFERRING TO MEDIATION*

**ORDER - OTHER** entered on **03/17/2022**
*SCHEDULING ORDER*

**ORDER - OTHER** entered on **02/17/2023**
*ORDER COMPELLING*

EXHIBIT A

| |
|---|
| **TENDERED DOCUMENT** filed on **07/26/2023** |
| **ORDER - AGREED** entered on **08/23/2023** |
| **ORDER - OTHER** entered on **10/31/2023**<br>*ORDER RESCHEDULING HEARING.* |
| **JUDGMENT (OTHER)** entered on **01/22/2024** |
| **EXHIBIT** filed on **02/11/2024** |
| **RESPONSE** filed on **02/11/2024** |

| Events | 20-CI-00204 |
|---|---|

**MOTION HOUR** scheduled for **02/12/2024 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION TO VACATE** filed on **01/31/2024** by **AD**
>
> *MOTION TO ALTER, AMEND OR VACATE.*

**MOTION HOUR** scheduled for **01/18/2024 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION FOR HEARING** filed on **12/08/2023** by **AP**
> - **MOTION FOR JUDGMENT** filed on **10/24/2023** by **AP**

**MOTION HOUR** scheduled for **06/12/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023** by **AP**

**MOTION HOUR** scheduled for **02/13/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION TO COMPEL** filed on **02/05/2023** by **AP**
> - **MOTION TO SET ASIDE** filed on **02/05/2023** by **AP**

**MOTION HOUR** scheduled for **03/14/2022 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
> - **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
>
> *FOR SCHEDULING ORDER*

**MOTION HOUR** scheduled for **10/11/2021 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> **Motions**
> - **MOTION FOR MEDIATION** filed on **09/11/2021** by **AP**

| Images | 20-CI-00204 |
|---|---|

| |
|---|
| **COMPLAINT / PETITION** filed on **05/28/2020**   *Page(s): 5* |
| **SUMMONS** filed on **05/28/2020**   *Page(s): 1* |
| **SUMMONS** filed on **05/28/2020**   *Page(s): 1* |
| **SUMMONS** filed on **05/28/2020**   *Page(s): 1* |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **05/28/2020**   *Page(s): 1* |
| **NOTICE OF FILING** filed on **08/20/2020**   *Page(s): 4* |
| **NOTICE - OTHER** filed on **06/08/2021**   *Page(s): 2* |
| **MOTION FOR MEDIATION** filed on **09/11/2021**   *Page(s): 2* |
| **TENDERED DOCUMENT** filed on **10/08/2021**   *Page(s): 2* |

**EXHIBIT A**

| |
|---|
| **NOTICE - OTHER** filed on **10/08/2021**   *Page(s): 2* |
| **MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2* |
| **MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2* |
| **MOTION TO SET ASIDE** filed on **02/05/2023**   *Page(s): 2* |
| **MOTION TO COMPEL** filed on **02/05/2023**   *Page(s): 2* |
| **MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023**   *Page(s): 2* |
| **TENDERED DOCUMENT** filed on **07/26/2023**   *Page(s): 2* |
| **MOTION FOR JUDGMENT** filed on **10/24/2023**   *Page(s): 4* |
| **MOTION FOR HEARING** filed on **12/08/2023**   *Page(s): 2* |
| **MOTION TO VACATE** filed on **01/31/2024**   *Page(s): 10* |
| **EXHIBIT** filed on **02/11/2024**   *Page(s): 14* |
| **RESPONSE** filed on **02/11/2024**   *Page(s): 6* |

**\*\*\*\* End of Case Number : 20-CI-00204 \*\*\*\***

**EXHIBIT A**