IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | | |
|---|---|---|
| **SHARDABEN PATEL** and **ASHOKKUMAR PATEL** | ) ) ) | CIVIL ACTION NO. 6:23-cv-00189 |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **REPLY TO RESPONSE [R. 23]** |
| **BHARATBHAI PATEL,** **AMIT PATEL,** And **KANU PATEL** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

Come now the Plaintiffs, by and through counsel, and hereby reply to the Defendants' Response [R. 23] per order of Court herein as follows:

As of March 6, 2024, the state court has not entered an order dismissing the state action. The attached "Exhibit 1" is the cover letter to the clerk and proposed order signed by opposing counsel which was sent to Hon. Judge Michael Caperton on February 27, 2024, by undersigned counsel.

Courtnet ("Exhibit 2") reflects that this order has been tendered but not yet entered. Upon entry of the proposed and tendered order, undersigned counsel will file that order herein and will otherwise follow the direction of this Court as to supplementing the record.

Respectfully submitted,

By: <u>JEREMY W. BRYANT</u>
JEREMY W. BRYANT, ESQ.
BRYANT LAW, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY 40701
(606) 261-7381 (p)
844-927-2494 (f)
j@jeremybryantlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via CM-ECF and a copy thereof was sent via regular U.S. Mail, postage prepaid, to parties and/or counsel of record on this the 6th day of March 2024.

<u>/s/ JEREMY W. BRYANT</u>
JEREMY W. BRYANT
*Plaintiffs' Counsel*