# BRYANT LAW, PLLC

Jeremy W. Bryant, Esq. (KBA #92983)
37 South Park Center Drive, Suite 6
Corbin, KY 40701
(606) 261-7381 (p)
1-844-927-2494 (f)
j@jeremybryantlaw.com

February 27, 2024

Knox County Circuit Court Clerk
P.O. Box 760
Barbourville, KY 40906

      Re:    Patel v. Patel, 20-CI-00204, Knox Circuit Court, Div. II

Dear clerk:

      Enclosed please find an order vacating and dismissing the above-referenced matter which has been seen and reviewed by opposing counsel. This order is in-line with the court's ruling during motion hour on January 12, 2024.

      Thank you.

                      Kind regards,

                      Jeremy W. Bryant

JWB/pp/Enc

EXHIBIT 1

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
KNOX COUNTY CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00204
DIVISION NO. II

SHARDABEN PATEL and
ASHOKKUMAR PATEL                                           PLAINTIFF

VS.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL                                                DEFENDANTS

---

## ORDER VACATING AND DISMISSING

---

UPON THE DEFENDANTS' MOTION TO ALTER, AMEND OR VACATE THE

JUDGMENT entered herein on January 22, 2024, this Court, having considered the argument of

defense counsel herein on February 12, 2024, indicating that the Plaintiffs have filed a federal

court action, and further taking into account the Defendants' representations to the Court that

they did not oppose litigating this matter in federal court, and being in all ways sufficiently

advised by the record herein and all applicable law, hereby orders and adjudges that the

Judgment herein shall be set aside and that all further litigation pertaining to this matter shall be

held in the federal court action, being *Shardaben Patel and Ashokkumar Patel v. Bharatbhai*

*Patel, Amit Patel, and Kanu Pate*l, E.D. Kentucky District Court, No. 6:23-CV-00189.

This matter shall be dismissed and all further proceedings pertaining to this matter shall

be held in the federal court matter.

So entered on this the___ day of_____, 2024.

_____
Hon. Michael O. Caperton
Judge, Knox Circuit Court, Div. II

**TENDERED BY:**

_____
JEREMY W. BRYANT
*PLAINTIFFS' COUNSEL*

So seen and agreed:

_____
BILLY TAYLOR
*DEFENDANTS' COUNSEL*

**DISTRIBUTION:**

Hon. Billy Taylor
Taylor Law Office PLLC
110 Knox Street, Suite A
Barbourville, KY 40906                     (___)

Hon. Jeremy W. Bryant
37 South Park Center Drive, Suite 6
Corbin, KY 40701                              (___)

_____
CLERK'S INITIALS                    DATE