

**PATEL, SHARDABEN, ET AL VS. PATEL, BHARATBHAI, ET AL**

20-CI-00204

**KNOX CIRCUIT COURT**

Filed on **05/28/2020** as **CONTRACT** with **HON. MICHAEL CAPERTON**

Disposition on **01/22/2024** of **OTHER** by **HON. MICHAEL CAPERTON**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 20-CI-00204 |
|---|---|
| JUDGMENT | |

| Parties | 20-CI-00204 |
|---|---|

**PATEL, AMIT** as **DEFENDANT / RESPONDENT**

> **Summons**
>
> **CIVIL SUMMONS** issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, ASHOKKUMAR** as **PLAINTIFF / PETITIONER**

**PATEL, BHARATBHAI** as **DEFENDANT / RESPONDENT**

> **Summons**
>
> **CIVIL SUMMONS** issued on **05/28/2020** served / recalled on **08/19/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, KANU** as **DEFENDANT / RESPONDENT**

> **Summons**
>
> **CIVIL SUMMONS** issued on **05/28/2020** by way of **RETURNED TO ATTORNEY/PETITIONER**

**PATEL, SHARDABEN** as **PLAINTIFF / PETITIONER**

**BRYANT, JEREMY** as **ATTORNEY FOR PLAINTIFF**

> **Address**
>
> BRYANT LAW, PLLC
> 37 SOUTH PARK CENTER DRIVE, SUITE 6
> CORBIN KY 40701

**TAYLOR, BILLY J** as **ATTORNEY FOR DEFENDANT**

> **Address**
>
> ATTORNEY AT LAW
> 110 KNOX STREET, SUITE A
> BARBOURVILLE KY 40906

| Documents | 20-CI-00204 |
|---|---|
| **COMPLAINT / PETITION** filed on **05/28/2020** | |
| **NOTICE OF FILING** filed on **08/20/2020**<br>ATTACHED SUMMONS | |
| **ANSWER** filed on **01/08/2021** | |
| **NOTICE - OTHER** filed on **06/08/2021** | |
| **TENDERED DOCUMENT** filed on **10/08/2021** | |
| **NOTICE - OTHER** filed on **10/08/2021** | |
| **ORDER - AGREED** entered on **10/13/2021**<br>AGREED ORDER REFERRING TO MEDIATION | |
| **ORDER - OTHER** entered on **03/17/2022**<br>SCHEDULING ORDER | |
| **ORDER - OTHER** entered on **02/17/2023**<br>ORDER COMPELLING | |

EXHIBIT 2

| | |
|---|---|
| **TENDERED DOCUMENT** filed on **07/26/2023** | |
| **ORDER - AGREED** entered on **08/23/2023** | |
| **ORDER - OTHER** entered on **10/31/2023**<br>    *ORDER RESCHEDULING HEARING.* | |
| **JUDGMENT (OTHER)** entered on **01/22/2024** | |
| **EXHIBIT** filed on **02/11/2024** | |
| **RESPONSE** filed on **02/11/2024** | |
| **TENDERED DOCUMENT** filed on **03/01/2024**<br>    *ORDER VACATING AND DISMISSING* | |

| **Events** | **20-CI-00204** |
|---|---|

**MOTION HOUR** scheduled for **02/12/2024 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> Motions
>
> • **MOTION TO VACATE** filed on **01/31/2024** by **AD**
>   *MOTION TO ALTER, AMEND OR VACATE.*

**MOTION HOUR** scheduled for **01/18/2024 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> Motions
>
> • **MOTION FOR HEARING** filed on **12/08/2023** by **AP**
> • **MOTION FOR JUDGMENT** filed on **10/24/2023** by **AP**

**MOTION HOUR** scheduled for **06/12/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> Motions
>
> • **MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023** by **AP**

**MOTION HOUR** scheduled for **02/13/2023 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> Motions
>
> • **MOTION TO SET ASIDE** filed on **02/05/2023** by **AP**
> • **MOTION TO COMPEL** filed on **02/05/2023** by **AP**

**MOTION HOUR** scheduled for **03/14/2022 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> Motions
>
> • **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
> • **MOTION TO COMPEL** filed on **02/17/2022** by **AP**
>   *FOR SCHEDULING ORDER*

**MOTION HOUR** scheduled for **10/11/2021 09:00 AM** in room **2** with **HON. MICHAEL CAPERTON**

> Motions
>
> • **MOTION FOR MEDIATION** filed on **09/11/2021** by **AP**

| **Images** | **20-CI-00204** |
|---|---|
| **COMPLAINT / PETITION** filed on **05/28/2020**   *Page(s): 5* | |
| **SUMMONS** filed on **05/28/2020**   *Page(s): 1* | |
| **SUMMONS** filed on **05/28/2020**   *Page(s): 1* | |
| **SUMMONS** filed on **05/28/2020**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **05/28/2020**   *Page(s): 1* | |
| **NOTICE OF FILING** filed on **08/20/2020**   *Page(s): 4* | |
| **NOTICE - OTHER** filed on **06/08/2021**   *Page(s): 2* | |

| | |
|---|---|
| **MOTION FOR MEDIATION** filed on **09/11/2021**   *Page(s): 2* | |
| **TENDERED DOCUMENT** filed on **10/08/2021**   *Page(s): 2* | |
| **NOTICE - OTHER** filed on **10/08/2021**   *Page(s): 2* | |
| **MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2* | |
| **MOTION TO COMPEL** filed on **02/17/2022**   *Page(s): 2* | |
| **MOTION TO SET ASIDE** filed on **02/05/2023**   *Page(s): 2* | |
| **MOTION TO COMPEL** filed on **02/05/2023**   *Page(s): 2* | |
| **MOTION FOR DEFAULT JUDGMENT** filed on **06/05/2023**   *Page(s): 2* | |
| **TENDERED DOCUMENT** filed on **07/26/2023**   *Page(s): 2* | |
| **MOTION FOR JUDGMENT** filed on **10/24/2023**   *Page(s): 4* | |
| **MOTION FOR HEARING** filed on **12/08/2023**   *Page(s): 2* | |
| **MOTION TO VACATE** filed on **01/31/2024**   *Page(s): 10* | |
| **EXHIBIT** filed on **02/11/2024**   *Page(s): 14* | |
| **RESPONSE** filed on **02/11/2024**   *Page(s): 6* | |

**\*\*\*\* End of Case Number : 20-CI-00204 \*\*\*\***