UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 6:23-cv-189-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BHARATBHAI PATEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. Defendants filed a Motion to Dismiss, [R. 6], arguing that Plaintiffs' action in this Court should be dismissed because Plaintiff has raised identical claims in an ongoing state court action. That motion is now ripe for review. [R. 11 (Response)]; [R. 14 (Reply)]. However, Defendants filed two Notices, advising the Court that the state court action has concluded and "appears to completely resolve all aspects of the identical claims Plaintiffs asserted in the state and federal actions." [R. 15]; [R. 16]. Plaintiffs were ordered to file a response to the Notices. [R. 17]. In that response, Plaintiffs claim that the state court judgment has been vacated upon agreement that the action proceed in federal court. [R. 19]. Plaintiffs allege that "the dismissal of the state court action, coupled with that consent from the Defendants, through counsel, should operate to render the basis for the Defendants' motion to dismiss for lack of jurisdiction filed herein . . . as moot." *Id.* Given this representation, the Court ordered Defendants to respond to Plaintiffs' filings. [R. 20]. Defendants have filed that response, indicating that their Motion to Dismiss would likely be rendered moot upon the state court's entry of an order vacating its earlier judgment. [R. 23]. However, Defendants explain that, to the best of their knowledge, no such order has been entered in the state court proceeding.

- 1 -

- 2 -

*Id.* Plaintiffs have replied, advising that a proposed order was tendered to the state court, but it has not yet been entered. [R. 25].

Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. On or before **April 15, 2024**, Plaintiffs **SHALL** provide a copy of the state court order, if any, that vacates the state court judgment. If the state court order has not yet been entered, Plaintiffs **SHALL** provide an update on the status of the state court proceeding.

This the 25th day of March, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY