# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### AT LONDON

| | |
|---|---|
| **SHARDABEN PATEL** and **ASHOKKUMAR PATEL** ) ) ) | CIVIL ACTION NO. 6:23-cv-00189 |
| **Plaintiff,** ) ) ) | |
| v. ) ) | |
| ) | **NOTICE OF FILING** |
| **BHARATBHAI PATEL,** ) **AMIT PATEL,** ) And ) **KANU PATEL** ) ) | |
| **Defendants.** ) ) | |

Come now the Plaintiffs, by and through counsel, and per Order of Court [26] herein files herewith the final order entered in the state action.

Respectfully submitted,

By: <u>JEREMY W. BRYANT</u>
JEREMY W. BRYANT, ESQ.
BRYANT LAW, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY 40701
(606) 261-7381 (p)
844-927-2494 (f)
j@jeremybryantlaw.com

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was sent via CM-ECF and a copy thereof was sent via regular U.S. Mail, postage prepaid, to parties and/or counsel of record on this the 12TH DAY OF APRIL 2024.

                                           /s/ JEREMY W. BRYANT
                                           JEREMY W. BRYANT
                                           *Plaintiffs' Counsel*