

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
KNOX COUNTY CIRCUIT COURT
CIVIL ACTION NO. 20-CI-00204
DIVISION NO. II

TENDERED DATE:
MAR - 1 2024

SHARDABEN PATEL and
ASHOKKUMAR PATEL                                                PLAINTIFF

VS.

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL                                                      DEFENDANTS

## ORDER VACATING AND DISMISSING

UPON THE DEFENDANTS' MOTION TO ALTER, AMEND OR VACATE THE JUDGMENT entered herein on January 22, 2024, this Court, having considered the argument of defense counsel herein on February 12, 2024, indicating that the Plaintiffs have filed a federal court action, and further taking into account the Defendants' representations to the Court that they did not oppose litigating this matter in federal court, and being in all ways sufficiently advised by the record herein and all applicable law, hereby orders and adjudges that the Judgment herein shall be set aside and that all further litigation pertaining to this matter shall be held in the federal court action, being *Shardaben Patel and Ashokkumar Patel v. Bharatbhai Patel, Amit Patel, and Kanu Patel*, E.D. Kentucky District Court, No. 6:23-CV-00189.

"EXHIBIT 1"

This matter shall be dismissed and all further proceedings pertaining to this matter shall be held in the federal court matter.

So entered on this the ___ day of _____, 2024.

_____
Hon. Michael O. Caperton
Judge, Knox Circuit Court, Div. II

**TENDERED BY:**

_____
JEREMY W. BRYANT
PLAINTIFFS' COUNSEL

So seen and agreed:

_____
BILLY TAYLOR
DEFENDANTS' COUNSEL

**DISTRIBUTION:**

Hon. Billy Taylor
Taylor Law Office PLLC
110 Knox Street, Suite A
Barbourville, KY 40906                    (✓)

Hon. Jeremy W. Bryant
37 South Park Center Drive, Suite 6
Corbin, KY 40701                          (✓)

SW     3-13-24
_____
CLERK'S INITIALS          DATE