UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 6:23-cv-189-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BHARATBHAI PATEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant's Motion to Dismiss, [R. 6], in which Defendants argue that Plaintiffs' action in this Court should be dismissed because Plaintiff has raised identical claims in an ongoing state court action. That motion is now ripe for review. [R. 11 (Response)]; [R. 14 (Reply)]. However, Defendants have since filed two Notices, advising the Court that the state court action has concluded and "appears to completely resolve all aspects of the identical claims Plaintiffs asserted in the state and federal actions." [R. 15]; [R. 16]. Plaintiffs were ordered to file a response to the Notices. [R. 17]. In that response, Plaintiffs claim that the state court judgment has been vacated upon agreement that the action proceed in federal court. [R. 19]. Plaintiffs allege that "the dismissal of the state court action, coupled with that consent from the Defendants, through counsel, should operate to render the basis for the Defendants' motion to dismiss for lack of jurisdiction filed herein . . . as moot." *Id.* Given this representation, the Court ordered Defendants to respond to Plaintiffs' filings. [R. 20]. In Defendants' response, they indicate that their Motion to Dismiss "would be rendered moot upon the finality of any state Court order serving to vacate the Judgment and dismiss the action in favor of the instant litigation." [R. 23, p. 2]. Plaintiffs have now tendered a copy of the state

court order that sets aside the earlier state court judgment in favor of allowing "all further litigation pertaining to this matter [to] be held in the federal court action." [R. 27-1, p. 1].

Accordingly, the Court being sufficiently advised, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, [**R. 6**], is **DENIED as moot**.

This the 15th day of April, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY