UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

SHARDABEN PATEL & ASHOKKUMAR PATEL,

    Plaintiffs,

v.

BHARATBHAI PATEL, AMIT PATEL, & KANU PATEL,

    Defendants.

No. 6:23-CV-189-CHB-HAI

ORDER

\*\*\* \*\*\* \*\*\* \*\*\*

The Court previously set a mid-discovery teleconference for July 12, 2024, at 11:30 a.m. D.E. 21. To join the teleconference, the parties are **DIRECTED** to dial (**606) 371-5577** and enter conference ID **987 828 49 #.**

This the 2nd day of July, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge