UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CIVIL MINUTES

| | | |
|---|---|---|
| CASE NO: <u>6:23-CV-189-CHB</u> | AT: <u>London</u> | DATE: <u>July 12, 2024</u> |

STYLE: <u>Shardaben Patel & Ashokkumar Patel v. Bharatbhai Patel, *et al.*</u>

PRESENT: HON. <u>HANLY A. INGRAM</u>, MAGISTRATE JUDGE

| | |
|---|---|
| <u>       N/A       </u> | <u>       N/A       </u> |
| **DEPUTY CLERK** | **COURT REPORTER** |
| <u>Jeremy W. Bryant</u> | <u>James Milby Ridings</u> |
| **ATTORNEY PRESENT FOR PLAINTIFFS** | **ATTORNEY PRESENT FOR DEFENDANTS** |

PROCEEDINGS: TELEPHONIC CONFERENCE CALL

> Remarks: This matter was called for a telephonic conference with counsel participating as noted. No follow-up conference was deemed necessary.

| | |
|---|---|
| <u>  X  </u> | Counsel advised the Court that, except as noted above, the case is proceeding according to the deadlines set forth in the Scheduling Order. |
| <u>     </u> | Counsel advised the Court that they would be unable to comply with the Scheduling Order, and the Court advised counsel of the need to request relief from deadlines by proper motion. |
| <u>  X  </u> | Counsel advised the Court that no discovery issues currently require the Court's attention. The Court directed the parties to follow the discovery dispute resolution procedure in the scheduling order if disputes arise. |
| <u>     </u> | Counsel described a discovery dispute which currently requires the Court's attention, as described above. |
| <u>  X  </u> | The Court addressed the possibility of settlement before trial. The Court advised counsel that it would consider conducting a settlement conference upon the filing of a joint motion for a settlement conference and based upon the particular needs and posture of the case. |
| <u>     </u> | Counsel jointly requested a settlement conference and the Court will promptly schedule |

|     |     |
| --- | --- |
|     | one. |
| __X__ | **The Court asked counsel if any other pretrial issues required the Court's attention. Counsel informed the Court that no other issues require the Court's attention at this time.** |

**COPIES TO:**

 COR

| TIC:  7 MINUTES |

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge