**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL,<br><br>    *Plaintiffs,*<br><br> v.<br><br>BHARATBHAI PATEL,<br>AMIT PATEL, and<br>KANU PATEL<br>    *Defendants.* | No. 6:23-CV-00189-CHB-HAI |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6(b), notice is hereby given that Kelsey Lee Bryant of Hamm, Milby & Ridings, PLLC, withdraws as counsel of record for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel in the above-captioned case. Thus, Ms. Bryant respectfully requests that the Court remove her from the Court's CM/ECF service list in this matter. Defendants shall continue to be represented by Hamm, Milby & Ridings, PLLC, including its counsel of record, Jay Ridings. Therefore, all notices required in the above-captioned case shall continue to be served to such remaining counsel of record.

                Respectfully Submitted,

                /s/ *Kelsey Lee Bryant*
                Kelsey Lee Bryant (KBA No. 98442)
                Jay Milby Ridings (KBA No. 91971)
                Hamm, Milby & Ridings PLLC
                120 N. Main St.
                London, KY 40741
                Telephone: (606) 864-4126
                Fax: (606) 878-8144
                kelsey@hmrkylaw.com
                jridings@hmkylaw.com

*Counsel for Defendants Bharatbhai Patel,*
*Amit Patel, and Kanu Patel*

CERTIFICATE OF SERVICE

 I hereby certify that on the 6th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY  40701
j@jeremybryantlaw.com

 /s/ Kelsey Lee Bryant