UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| SHARDABEN PATEL & ASHOKKUMAR PATEL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| BHARATBHAI PATEL, AMIT PATEL, & KANU PATEL, | ) ) ) ) |
| Defendants. | ) ) |

No. 6:23-CV-189-CHB-HAI

ORDER

\*\*\* \*\*\* \*\*\* \*\*\*

Counsel for the defendants, Kelsey Lee Bryant, has filed a Notice of Withdrawal of Counsel. D.E. 32. Joint Local Civil Rule 83.6(b) requires that such a notice confirm "that the client has been notified of the withdrawal." **IT IS HEREBY ORDERED THAT** Ms. Bryant **SHALL** supplement the Notice on or before **Tuesday, August 20, 2024**, in a manner that addresses notice to the client.

This the 13th day of August, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge