# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL,<br><br>*Plaintiffs*,<br><br>v.<br><br>BHARATBHAI PATEL, AMIT PATEL, and KANU PATEL<br>*Defendants*. | No. 6:23-CV-00189-CHB-HAI |

## SUPPLEMENTAL NOTICE OF WITHDRAWAL OF COUNSEL

Comes Kelsey Lee Bryant of the law firm Hamm, Milby & Ridings, PLLC, pursuant to this Court's Order entered on August 13, 2024 (D.E. 33), and gives the Court and all parties supplemental notice of her withdrawal as counsel of record for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel in the above-captioned case. Pursuant to Local Rule 83.6(b), Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel have been notified of her withdrawal as counsel of record for them in this case. Defendants shall continue to be represented by Hamm, Milby & Ridings, PLLC, by the remaining counsel of record, Jay Ridings. Thus, Ms. Bryant respectfully requests that the Court remove her from the Court's CM/ECF service list in this matter and all notices required in the above-captioned case continue to be served to such remaining counsel of record.

Respectfully Submitted,

/s/ *Kelsey Lee Bryant*
Kelsey Lee Bryant (KBA No. 98442)
Jay Milby Ridings (KBA No. 91971)
Hamm, Milby & Ridings PLLC

2

120 N. Main St.
London, KY 40741
Telephone: (606) 864-4126
Fax: (606) 878-8144
kelsey@hmrkylaw.com
jridings@hmkylaw.com
*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY  40701
j@jeremybryantlaw.com

       /s/ Kelsey Lee Bryant
       Kelsey Lee Bryant