UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| SHARDABEN PATEL, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 6:23-cv-189-CHB |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BHARATBHAI PATEL, et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. The parties have not filed any dispositive motions, and the deadline to do so has now passed. [R. 4]. Accordingly, the Court **HEREBY ORDERS** that the parties **SHALL** file a **joint status report** on or before **March 24, 2025**, apprising the Court of the status of the proceedings and whether the parties intend to proceed to trial. If the parties intend to proceed to trial, they shall provide three proposed dates, between July 2025 and December 2025, within which the trial may be scheduled. The parties shall also provide the Court with an estimated length of trial.

This the 3rd day of March, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY