UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL <br> and ASHOKKUMAR PATEL <br><br> Plaintiffs, <br><br> VS. <br><br><br> BHARATBHAI PATEL, <br> AMIT PATEL, <br> and <br> KANU PATEL <br><br> Defendants. | **CASE NO. 6: 23-CV-00189-CHB** <br><br> **ORDER** |

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order. (DE 25).

Having reviewed the motion and being otherwise sufficiently advised, the Court hereby ORDERS as follows:

1. The motion to modify the scheduling order (DE 25) is GRANTED;

2. The deadlines in the current scheduling order (DE 21) are SET ASIDE and replaced with those set forth herein;

3. Per Rule 26(a)(2), no later than **August 14, 2025**, Plaintiffs shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the Rule 26(a)(2)(B) expert witnesses and/or written summaries consistent with Rule 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record. No later than **October 14, 2025**, Defendants shall provide same.

4. All written discovery shall be completed on or before **November 14, 2025**. All fact discovery shall be completed on or before **November 29, 2025**. All expert discovery shall be completed on or before **December 16, 2025**.

5. No later than **February 14, 2026**, counsel for the parties shall file all dispositive motions, with responses governed by the local rules. Any depositions cited to in a motion or other brief must be filed in their entirety along with the motion or other brief (either as a separate record entry or if feasible as an attachment).

This ____ day of March, 2025.