IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| SHARDABEN PATEL, et al ) | |
| ) | |
| ) | Civil Action No. 6:23-cv-189-CHB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STATUS REPORT |
| BHARATBHAI PATEL, et al. ) | |
| ) | |
| Defendants. ) | |

Plaintiffs and the Defendants, by and through counsel (collectively, "the parties"), for their Joint Status Report per the Court's order entered herein on March 3, 2025 [R. 35], hereby jointly state as follows:

At this time, the parties are requesting that the prehearing deadlines as to discovery be extended for the reasons stated in their joint motion filed contemporaneously herein as unforeseen developments have delayed any meaningful discovery in this matter. Should the Court be inclined to grant the parties joint motion, the parties jointly propose a trial date any time after March 1, 2026, with the exception of June 11 – 20, 2026.

Should the Court overrule the joint motion, the parties would be ready for trial beginning on one of the following dates: 1) September 2 – 5, 2025; or 2) October 14 – 30, 2025 (excluding Mondays).

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremy Bryant | /s/ Jay Ridings |
| JEREMY W. BRYANT, KBA #92983 | Jay Milby Ridings, KBA #91971 |
| Bryant Law, PLLC | Hamm, Milby & Ridings, PLLC |

- 2 -

| | |
|---|---|
| 37 South Park Ctr. Dr., Ste. 6 | 120 N. Main St. |
| Corbin, KY 40701 | London, KY 40741 |
| j@jeremybryantlaw.com | jrdings@hmkylaw.com |
| Counsel for Plaintiffs | Counsel for Defendants |