UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 6:23-CV-189-CHB |
| v. | ) ) ) | **ORDER MODIFYING SCHEDULING ORDER** |
| BHARATBHAI PATEL, et al., | ) ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order, [R. 36]. The Court will grant the parties' request to modify the scheduling order but will advance the proposed deadlines. Accordingly, having reviewed the Motion, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Joint Motion to Modify the Scheduling Order, [**R. 36**], is **GRANTED**.

2. The deadlines in the current Scheduling Order, [**R. 21**], are **SET ASIDE** and replaced with those set forth herein;

3. Per Rule 26(a)(2), no later than **April 14, 2025**, Plaintiffs shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the Rule 26(a)(2)(B) expert witnesses and/or written summaries consistent with Rule 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record. No later than **May 14, 2025**, Defendants shall provide same.

4. All written discovery shall be completed **on or before June 14, 2025**. All fact discovery shall be completed **on or before June 29, 2025**. All expert discovery shall be completed **on or before July 16, 2025**.

5. **No later than September 15, 2025**, counsel for the parties shall file all dispositive motions, with responses governed by the local rules. Any depositions cited to in a motion or other brief must be filed in their entirety along with the motion or other brief (either as a separate record entry or if feasible as an attachment).

This the 28th day of March, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY