UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| SHARDABEN PATEL & ASHOKKUMAR PATEL,<br><br>　　　Plaintiffs,<br><br>v.<br><br>BHARATBHAI PATEL, AMIT PATEL, & KANU PATEL,<br><br>　　　Defendants. | No. 6:23-CV-189-CHB-HAI<br><br>ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

To discuss the progress of discovery, the Court **HEREBY ORDERS** that a **teleconference SHALL** occur on **Friday, May 23, 2025, at 11:00 a.m.** The call will be on the record, based in London, and for counsel only. To join the teleconference, the parties are **DIRECTED** to dial (**606) 371-5577** and enter conference ID **324 861 100 #.**

This the 28th day of March, 2025.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge