UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION- LONDON
CIVIL MINUTES-GENERAL

CASE NO: **6:23-CV-189-CHB-HAI**        AT: **London**        DATE: **May 23, 2025**

STYLE: **Shardaben Patel, et al. v. Bharatbhai Patel, et al.**

---

PRESENT: HON. **HANLY A. INGRAM**, MAGISTRATE JUDGE

| **Amanda Ramsey** | **Audio File Number** |
|---|---|
| Deputy Clerk | Court Reporter |

I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: KYED-LON_6-23-CV-189-CHB-HAI_20250523_105916.

**ATTORNEY PRESENT FOR PLAINTIFFS:**  
Jeremy Bryant

**ATTORNEY PRESENT FOR DEFENDANTS:**  
James Milby Ridings

**PROCEEDINGS: TELECONFERENCE**

This matter was called for a teleconference to discuss the progress of discovery (D.E. 39). Counsel were present on the call as noted above.

The parties reported that they believe that all existing deadlines can be met. However, they have an agreement that complete answers to discovery could be provided by June 30, 2025, at 5:00 p.m., and anticipate filing an agreed order to that effect.

The parties advised that there are no discovery disputes at this time. The Court did not deem a follow-up status conference necessary.

**COPIES TO:**
**COR**
Clerk's Initials: apr

TIC: 6 mins.

Signed By:
*Hanly A. Ingram* /s/
**United States Magistrate Judge**