UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(At London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 6:23-CV-189-CHB |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BHARATBHAI PATEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. The parties previously failed to meet the initial dispositive motion deadline, *see* [R. 35], but were granted an extension of time to file dispositive motions. [R. 38]. However, the parties have not filed any such motions, and the deadline to do so has now passed. *Id.*

Accordingly, the Court **HEREBY ORDERS** that the parties **SHALL** file a joint status report on or before **December 16, 2025**, apprising the Court of the status of the proceedings and whether the parties intend to proceed to trial. If the parties intend to proceed to trial, they shall provide three proposed dates, between February 2, 2026 and June 5, 2026, within which the trial may be scheduled. The parties shall also provide the Court with an estimated length of trial.

This the 25th day of November, 2025.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY