UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL, <br><br> *Plaintiffs,* <br><br> v. <br><br> BHARATBHAI PATEL, AMIT PATEL, and KANU PATEL <br> *Defendants.* | No. 6:23-CV-00189-CHB-HAI |

**JOINT STATUS REPORT**

The defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, by counsel, and the plaintiffs, Shardaben Patel and Ashokkumar Patel, by counsel, pursuant to the Court's Order (D.E. 41), respectively submit this Joint Status Report to apprise the Court of the current status of these proceedings.

The parties have engaged in extensive good-faith settlement negotiations, including meaningful exchanges of information and discussions aimed at resolving this matter without the necessity of trial. Despite these efforts, the parties have seemingly encountered a substantive impasse, and settlement does not presently appear likely.

Accordingly, the parties anticipate that this matter will proceed to trial.

Based upon the issues presented and the anticipated witnesses and evidence, the parties estimate that trial will require **two (2) days** to complete.

The parties and counsel are available and respectfully propose any of the following dates for trial:

1. Apri 29-30 and May 1,

2. May 6 – 7,

3. May 21 – 22, or

4. May 26 – 29.

Respectfully submitted, December 16, 2025.

                                          Jay Milby Ridings
                                          Hamm, Milby & Ridings, PLLC
                                          120 North Main Street
                                          London, KY 40741
                                          jridings@hmrkylaw.com
                                          *Counsel for Defendants*

                                          _/s/ Jay Ridings_____
                                               JAY MILBY RIDINGS

                                          and

                                          Jeremy W. Bryant
                                          Bryant Law, PLLC
                                          37 South Park Center Drive, Suite 6
                                          Corbin, KY 40701
                                          j@jeremybryantlaw.com
                                          *Counsel for Plaintiffs*

                                          _/s/ Jeremy W. Bryant_[1]_____
                                             JEREMY W. BRYANT

---

[1] By Jay Ridings, with permission.

2

CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of December 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY  40701
j@jeremybryantlaw.com

      /s/ Jay Ridings
*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*