UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| SHARDABEN PATEL, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 6:23-cv-189-CHB |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BHARATBHAI PATEL, et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Status Report, [R. 42]. The parties filed the Joint Status Report in response to this Court's November 25, 2025 order, in which the Court requested three proposed trial dates between February 2, 2026 and June 5, 2026. *See* [R. 41]. However, each of the parties' proposed trial dates conflicts with other obligations in the Court's calendar. As such, the Court will order the parties to provide additional potential trial dates.

Accordingly, the Court being sufficiently advised, **IT IS HEREBY ORDERED** that, on or before **Monday, January 12, 2026**, the parties **SHALL** meet and confer and file a Joint Status Report. The Joint Status Report **SHALL** provide at least two potential trial dates between June 1, 2026 and September 1, 2026. The Joint Status Report **SHALL** also advise as to the status of any settlement negotiations.

This the 22nd day of December, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY