UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| SHARDABEN PATEL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BHARATBHAI PATEL, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 6:23-cv-189-CHB <br><br> **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. On December 22, 2025, the Court ordered the parties to meet and confer and file a Joint Status Report that provides at least two potential trial dates between June 1, 2026 and September 1, 2026, and advises as to the status of any settlement negotiations. [R. 43]. To date, the parties have failed to comply with the Court's order.

Accordingly, the Court being sufficiently advised, **IT IS HEREBY ORDERED** that, on or before **12:00 PM (noon) on Friday, January 16, 2026**, the parties **SHALL** show cause as to why they have failed to comply with the Court's order.

This the 13th day of January, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY