UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| SHARDABEN PATEL, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 6:23-cv-189-CHB |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BHARATBHAI PATEL, et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Court's own motion. On December 22, 2025, the Court ordered the parties to meet and confer and file a Joint Status Report that provides at least two potential trial dates between June 1, 2026 and September 1, 2026, and advises as to the status of any settlement negotiations. [R. 43]. When the parties failed to file their report, the Court entered an order directing them to show cause as to why they had failed to comply with the Court's order by 12:00 PM (noon) on Friday, January 16, 2026. [R. 44]. The parties failed to respond to the Court's show cause order.

Accordingly, the Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. A telephonic status conference is **SCHEDULED** for **10:00 AM on Tuesday, January 20, 2026**, before the Hon. Claria Horn Boom, based in London, Kentucky. To join the teleconference, the parties are **DIRECTED** to dial 606-371-5577 and enter conference ID: 588 769 472#.

2. At the telephonic status conference, the parties **SHALL** show cause as to why they have failed to comply with multiple orders of the Court and **SHALL** be prepared to discuss potential trial dates and the status of any settlement negotiations.

This the 16th day of January, 2026.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY