IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| SHARDABEN PATEL, et al ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BHARATBHAI PATEL, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 6:23-cv-189-CHB <br><br> DEFENDANTS' RESPONSE TO ORDER [R. 44] TO SHOW CAUSE |

    Undersigned counsel for Defendants respectfully submits this response to the Court's Order [R. 44] directing the parties to show cause for their failure to comply with the Court's December 22, 2025, Order [R. 43].

    While not offered as an excuse, undersigned counsel and counsel's spouse were both suffering from severe flu symptoms from December 22 through December 27, 2025. During that period, undersigned counsel was effectively incapacitated due to significant nausea and related symptoms and was unable to work. Undersigned counsel did not return to the office until December 30, 2025.

    The Order [R. 43] that is the subject of the Court's Show Cause Order [R. 44] was entered on December 22, 2025. As a result of the aforementioned illness, undersigned counsel inadvertently overlooked the December 22 Order and was unaware of its entry until the subsequent issuance of the Show Cause Order [R. 44]. This explanation does not excuse undersigned counsel's failure to comply with Order [R. 43] after returning to work

on December 30, 2025. Undersigned counsel fully acknowledges responsibility for this oversight and respectfully offers his sincerest apologies to the Court.

Undersigned counsel has prepared a draft Status Report responsive to and compliant with the Court's Order [R. 43]. Counsel for the parties have arranged to confer at 2:50 p.m. today to discuss and finalize the Status Report. Immediately following that conference, undersigned counsel will make any necessary revisions and promptly file the Status Report with the Court.

>Respectfully submitted,
>
>/s/ Jay Ridings
>Jay Milby Ridings, KBA #91971
>Hamm, Milby & Ridings, PLLC
>120 N. Main St.
>London, KY 40741
>jrdings@hmkylaw.com
>Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
j@jeremybryantlaw.com

>/s/ Jay Ridings
>*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*