IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| **SHARDABEN PATEL, et al** ) | |
| ) | |
| ) | Civil Action No. 6:23-cv-189-CHB |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **JOINT STATUS REPORT** |
| **BHARATBHAI PATEL, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

    The defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, by counsel, and the plaintiffs, Shardaben Patel and Ashokkumar Patel, by counsel, pursuant to the Court's Order [D.E. 43], respectively submit this Joint Status Report to provide proposed trial dates and to advise the Court of the current status of settlement negotiations.

    As indicated in the parties earlier Status Report [D.E. 42], the parties estimate that trial will require **two (2) days** to complete.

    The parties and counsel are available and respectfully propose the following dates for trial:

1. July 14 – 17, 2026,
2. July 21 – 24, 2026,
3. August 4 – 7, 2026, or
4. August 18 – 21, 2026.

    With respect to settlement, the parties have continued to engage in negotiations since the filing of the prior status report [D.E. 42]. The parties have made meaningful progress in narrowing the gap between their respective evaluations; however, they have

not yet reached a mutually agreeable resolution. Counsel for both parties intend to continue their efforts toward settlement and remain cautiously optimistic regarding the potential for resolution. Undersigned counsel are in agreement that, if this case resolves, it is likely to do so within the next one to two weeks. Conversely, if settlement is not achieved within that time frame, it is reasonably likely that the matter will proceed to trial.

Respectfully submitted, January 16, 2026.

>Jay Milby Ridings, KBA #91971
>Hamm, Milby & Ridings, PLLC
>120 N. Main St.
>London, KY 40741
>jrdings@hmkylaw.com
>*Counsel for Defendants*
>
>    /s/ Jay Ridings
>       JAY MILBY RIDINGS
>
>and
>
>Jeremy W. Bryant
>Bryant Law, PLLC
>37 South Park Center Drive, Suite 6
>Corbin, KY 40701
>j@jeremybryantlaw.com
>*Counsel for Plaintiffs*
>
>    /s/ Jeremy W. Bryant[1]
>       JEREMY W. BRYANT

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
j@jeremybryantlaw.com

>    /s/ Jay Ridings

---

[1] By Jay Ridings, with permission.

*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

3