# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT LONDON

| | |
|---|---|
| SHARDABEN PATEL ) | CIVIL ACTION NO. 6:23-cv-00189 |
| and ASHOKKUMAR PATEL ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **PLAINTIFFS'** |
| ) | **RESPONSE TO ORDER** |
| BHARATBHAI PATEL, ) | **TO SHOW CAUSE** |
| AMIT PATEL, ) | |
| And ) | |
| KANU PATEL ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Undersigned counsel respectfully submits this response to the Court's Order [R. 44] directing the parties to show cause for their failure to comply with the Court's December 22, 2025, order [R. 43].

While also not offered to excuse any missed deadlines of the Court, counsel overlooked the 12/22/25 order (R. 43) simply from human error and apologizes for the oversight. Undersigned counsel began a criminal trial by jury on Tuesday, January 13, 2026, which ran through the late evening of Thursday, January 15, 2026, being Commonwealth v. Matthew Croley, Whitley County Circuit Court Case Number 24-CR-00091, in which the Defendant was tried for wanton murder and assault first degree, *inter alia*, and did not see either R. 44 or R. 45 in time to comply therewith.

Ultimately, counsel accepts responsibility for these oversights and apologizes to both opposing counsel and the Court.

Respectfully submitted,

By: <u>JEREMY W. BRYANT</u>
    JEREMY W. BRYANT, ESQ.
    BRYANT LAW, PLLC
    37 South Park Center Drive, Suite 6
    Corbin, KY 40701
    (606) 261-7381 (p)
    844-927-2494 (f)
    j@jeremybryantlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was sent via CM-ECF and a copy thereof was sent via regular U.S. Mail, postage prepaid, to parties and/or counsel of record on this the 16th day of January 2026.

    <u>/s/ JEREMY W. BRYANT</u>
    JEREMY W. BRYANT
    *Plaintiffs' Counsel*