UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 6:23-CV-189-CHB |
| v. | ) | |
| | ) | **ORDER** |
| BHARATBHAI PATEL, et al., | ) | |
| Defendants. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the parties' Joint Status Report, [R. 47], wherein the parties state they have continued to engage in meaningful negotiations and intend to continue their efforts toward settlement. Further, parties state that if agreement can be reached, it is likely to do so within the next one to two weeks. Having reviewed the joint report and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The **Telephonic Status Conference** set for Tuesday, January 20, 2026, is **REMANDED** from the Court's Docket. A **Telephonic Status Conference** is **SCHEDULED** for **Monday, February 2, 2026, at the hour of 10:00 a.m.** The parties are **DIRECTED** to dial 606-371-5577, and enter conference ID: 588 769 472#. Please dial in a few minutes before the conference is scheduled to begin.

2. The Court's Show Cause Order, [**R. 44**], is **DISCHARGED**.

This the 20th day of January, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

1