UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CIVIL MINUTES-GENERAL

CASE NO. 6:23-CV-189-CHB-HAI       AT: London       DATE: February 2, 2026

STYLE: Shardaben Patel v. Ashokkumar Patel

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Sandy Wilder |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS FOR PLAINTIFFS:**  **ATTORNEY FOR DEFENDANT:**
Jeremy W. Bryant                 James Milby Ridings

**PROCEEDINGS:    TELEPHONIC STATUS CONFERENCE**

This matter was called for a telephonic status conference with counsel participating as noted on the record.

The Court briefed the parties on the current case status and heard from counsel regarding settlement discussions. The parties indicated that settlement negotiations are ongoing. The parties **SHALL** file a joint status report within fourteen (14) days of the entry of this minute entry advising the Court of case status. In the absence of settlement, the Court will promptly set a trial date.

cc:  COR

TIC:  0/05

Initials of Deputy Clerk: kja