# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### AT LONDON

| | | |
|---|---|---|
| **SHARDABEN PATEL, et al** | ) | |
| | ) | |
| | ) | **Civil Action No. 6:23-cv-189-CHB** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **JOINT STATUS REPORT** |
| **BHARATBHAI PATEL, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

The defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, by counsel, and the plaintiffs, Shardaben Patel and Ashokkumar Patel, by counsel, pursuant to the Court's Minute Entry Order [R. 50], respectively submit this Joint Status Report to advise the Court of the status of the case and settlement negotiations.

The parties have not reached a settlement agreement as of the instant filing. The parties' respective settlement positions are extremely close such that counsel remain optimistic that this case can and should settle. With that said, the parties have not reached a mutually satisfactory resolution at this time. Against this backdrop, the parties agree with the Court's assessment that trial should be assigned. Of course, undersigned counsel will continue to pursue settlement and notify the Court immediately should an agreement be reached.

For the Court's convenience, copied immediately below are the parties' trial availabilities which were set forth in the immediately preceding Joint Status Report [R. 47]:

1. July 14 – 17, 2026,
2. July 21 – 24, 2026,
3. August 4 – 7, 2026, or
4. August 18 – 21, 2026.

Respectfully submitted, February 17, 2026.

Jay Milby Ridings, KBA #91971
Hamm, Milby & Ridings, PLLC
120 N. Main St.
London, KY 40741
jrdings@hmkylaw.com
*Counsel for Defendants*

_____/s/ Jay Ridings_____
JAY MILBY RIDINGS
and

Jeremy W. Bryant
Bryant Law, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY 40701
j@jeremybryantlaw.com
*Counsel for Plaintiffs*

_____/s/ Jeremy W. Bryant[1]_____
JEREMY W. BRYANT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of February, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
j@jeremybryantlaw.com

_____/s/ Jay Ridings_____
*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

---

[1] By Jay Ridings, with permission.

2