UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 6:23-CV-189-CHB |
| v. | ) | |
| | ) | **ORDER SETTING TELEPHONIC** |
| BHARATBHAI PATEL, et al., | ) | **CONFERENCE AND JURY TRIAL** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Status Report, [R. 51]. The Court directed the parties by Minute Entry Order, [R. 50], to provide a status update regarding the status of the case, and advised that, in the absence of a settlement, the Court would set a trial date. Having reviewed the Report and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. A telephonic conference is **SCHEDULED** for **Wednesday, March 18, 2026, at the hour of 10:30 a.m.** Counsel and parties should dial in five minutes before the conference is scheduled to begin. To call into the conference, dial 606-371-5577. When prompted, enter the phone conference ID, 420 976 949#.

1. This action is hereby set for a **TRIAL BY JURY** on **Tuesday, July 14, 2026, at 9:00 a.m.** at the United States Courthouse, **London, Kentucky**. Counsel should be present by 8:30 a.m. The anticipated length of trial is four (4) days.

This the 18th day of February, 2026.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY