**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

SHARDABEN PATEL and
ASHOKKUMAR PATEL,

    *Plaintiffs,*

  v.              No. 6:23-CV-00189-CHB-HAI

BHARATBHAI PATEL,
AMIT PATEL, and
KANU PATEL

      *Defendants.*

**MOTION FOR IN-PERSON SETTLEMENT CONFERENCE**
**WITH MAGISTRATE JUDGE**

  The Defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel (collectively "Defendants"), by counsel, respectfully move this Court to refer this matter to the United States Magistrate Judge for the purpose of conducting a settlement conference. In support of this Motion, Defendants state as follows:

  This case is presently in active litigation and currently set for trial beginning July 14, 2026. The parties have engaged in extensive settlement negotiations over the prior five to six months and have made slight, yet continuous progress. The most recent settlement communications have convinced undersigned counsel that the parties currently are, and likely to remain, at an impasse absent the assistance of a neutral third-party. But it is precisely because the parties' respective settlement positions are so close that undersigned counsel believes the assistance of a neutral judicial officer would provide the slight nudge needed to get the parties across the finish line.

An in-person settlement conference before the Magistrate Judge would provide a structured environment in which the parties would benefit from neutral evaluation, facilitating final resolution of the remaining issues. Defendants respectfully submit that the involvement of the Magistrate Judge would be particularly beneficial in allowing each side to hear a neutral perspective regarding the strengths and weaknesses of their respective positions.

Private mediation, on the other hand, would not be an efficient use of resources at this stage of the proceedings inasmuch as the anticipated costs of same would significantly diminish funds otherwise available to resolve the case. Indeed, the costs associated with private mediation would likely equal or exceed the current gap between the parties' settlement positions, thereby undermining the prospects of settlement.

In contrast, a court-facilitated settlement conference would promote judicial economy, conserve the parties' and the Court's resources, and materially increase the likelihood of resolution without further litigation.

WHEREFORE, Defendants respectfully request that this Court enter an Order referring this matter to the Magistrate Judge for the purpose of conducting an in-person settlement conference at the Court's convenience.

DATED: March 17, 2026

Respectfully submitted,

 /s/ Jay Ridings
Jay Milby Ridings (KBA No. 91971)
Hamm, Milby & Ridings PLLC
120 N. Main St.
London, KY 40741
Telephone: (606) 864-4126
Fax: (606) 878-8144
jridings@hmkylaw.com

2

*Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*