UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| SHARDABEN PATEL<br>and ASHOKKUMAR PATEL | ) ) ) | |
| Plaintiffs, | ) | **CASE NO. 6: 23-CV-00189-CHB** |
| VS. | ) ) ) | **ORDER** |
| BHARATBHAI PATEL,<br>AMIT PATEL,<br>and<br>KANU PATEL | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court, having considered Defendants' Motion for In-Person Settlement Conference with the Magistrate Judge (DE 53), and being otherwise sufficiently advised, hereby ORDERS as follows:

1. This matter is REFERRED to Hon. Hanley A. Ingram, United States Magistrate Judge, for the purpose of conducting an **in-person settlement conference**.

2. The settlement conference shall be scheduled at a date and time convenient to the Court.

3. The parties shall comply with all requirements set forth by Judge Ingram regarding settlement statements and attendance.

This the _____ day of March, 2026.