UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CVIL MINUTES-GENERAL

CASE NO. 6:23-CV-189-CHB          AT: London          DATE: March 18, 2026

STYLE: Shardaben Patel, et al. v. Bharatbhai Patel, et al.

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

|  Mike Mejia  |  Kim Keene  |
|---|---|
|  Courtroom Deputy  |  Court Reporter  |

**ATTORNEYS FOR PLAINTIFFS:**          **ATTORNEY FOR DEFENDANT:**
Jeremy Bryant                          James Milby Ridings

**PROCEEDINGS:**     TELEPHONIC STATUS CONFERENCE

This matter was called for a telephonic status conference with counsel present as noted.  The Court held discussion as to the status of this case and the Motion for In-Person Settlement Conference with Magistrate Judge, [**R. 53**].

Accordingly, the Court **ORDERS AS FOLLOWS**:

1. The Motion for In-Person Settlement Conference with Magistrate Judge, [**R. 53**], is **GRANTED**.

2. This matter is hereby **REFERRED** to Magistrate Judge Hanly A. Ingram for the purpose of scheduling and conducting a settlement conference.  The Court will contact the parties to schedule the conference.

3. This matter **REMAINS** set for trial on **Tuesday, July 14, 2026, at the hour of 9:00 a.m**.

This the 18th day of March, 2026.

cc:  COR
TIC:  0/10
Initials of Deputy Clerk: mm

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY