UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

SHARDABEN PATEL &
ASHOKKUMAR PATEL,                )
                                 )
                                 )            No. 6:23-CV-189-CHB-HAI
        Plaintiffs,              )
                                 )
                                 )
v.                               )
                                 )
                                 )               ORDER
BHARATBHAI PATEL, AMIT PATEL, &  )
KANU PATEL,                      )
                                 )
                                 )
        Defendants.              )
                                 )

*** *** *** ***

District Judge Boom has referred to the undersigned the parties' request for a settlement conference. D.E. 54. **IT IS HEREBY ORDERED THAT** a **teleconference** (to discuss scheduling a settlement conference) is **SCHEDULED** for **Wednesday, March 25, 2026, at 11:00 a.m.** Eastern. The call will be on the record and for counsel only. To join the call, the participants are DIRECTED to dial (606) 371-5577 and enter Conference ID:  **674 434 877** #.

This the 23rd day of March, 2026.

Signed By:

*Hanly A. Ingram*

United States Magistrate Judge