UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

|  |  |  |
|---|---|---|
| SHARDABEN PATEL & ASHOKKUMAR PATEL, | ) ) | |
| Plaintiffs, | ) ) | No. 6:23-CV-189-CHB-HAI |
| v. | ) ) | |
| BHARATBHAI PATEL, AMIT PATEL, & KANU PATEL, | ) ) ) | ORDER |
| Defendants. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

As discussed during this morning's teleconference, **IT IS HEREBY ORDERED** that an in-person settlement conference is **SCHEDULED** for **Friday, May 1, 2026**, commencing at **10:00 a.m.** Eastern, at the United States Courthouse in London, Kentucky.  The parties shall abide by the following instructions governing the settlement conference.

### Settlement Conference Instructions

By no later than **Wednesday, April 22, 2026**, each party **SHALL** email an *ex parte* conference statement (in PDF format) to the Court at ingram_chambers@kyed.uscourts.gov.  Each statement is to be furnished only to the Court and not to any other party.  The statements shall not be filed with the Clerk of the Court.  In its respective statement, each party shall make a candid assessment of the strengths and weaknesses of both sides of the case and shall make an appraisal of the issue of damages.  Each statement shall contain an assessment of the economic cost of proceeding to trial.  The statement **SHALL** include a candid valuation of the case.

Absent written court permission to the contrary, trial counsel must attend the settlement conference, and all named parties must attend.  A corporate party must attend via a representative

with adequate authority to bind that party based on counsel's reasonable and good faith assessment of the value of the relevant claim, the risks, and the potential costs and foreseeable results of litigation. A corporate party's representative(s) shall also have authority to make reasonably foreseeable noneconomic decisions concerning settlement. If insurance applies to a defense liability, a carrier representative, with adequate authority as stated, also must attend. The Court requires presence of the parties (and any party representative and carrier representative) through the entirety of any mediation, absent leave.

The conference will begin in Courtroom C for opening statements, and the parties will then be moved to separate rooms. At the commencement of the settlement conference, counsel shall be prepared to make a **brief** opening statement, not to exceed **ten (10) minutes** in duration. This statement should identify the issues the Court needs to focus on to settle the matter, rather than simply rehashing the facts or arguing the case.

The undersigned typically mediates through a process that includes both joint and separate sessions with the involved parties. The Court assumes that no party objects to the *ex parte* elements of the process (to include receipt of an *ex parte* case statement, discussions with counsel and parties in separate session, and any pre- and/or post-mediation communications necessary, in the undersigned's view, to facilitate the settlement process). Should any party have an objection, counsel shall immediately file a notice indicating that objection.

*Bona fide* settlement discussions shall commence as soon as practicable and be conducted as often as necessary prior to the settlement conference. The parties should consider a Court-conducted settlement conference to be a one-time opportunity that, if unsuccessful, will not be reconvened in the absence of extraordinary developments indicating a reasonable possibility of settlement.

This the 25th day of March, 2026.

Signed By:

_Hanly A. Ingram_

**United States Magistrate Judge**