**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION- LONDON**
**CIVIL MINUTES-GENERAL**

**CASE NO:** 6:23-CV-189-CHB-HAI          **AT:** London          **DATE:** March 25, 2026

**STYLE:** Shardaben Patel, et al. v. Bharatbhai Patel, et al.

---

**PRESENT: HON.   HANLY A. INGRAM, MAGISTRATE JUDGE**

|  Amanda Ramsey  |  Audio File Number  |
| --- | --- |
| **Deputy Clerk** | **Court Reporter** |

I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-23-CV-189-CHB-HAI_20260325_105841.

**ATTORNEY PRESENT FOR PLAINTIFFS:**          **ATTORNEY PRESENT FOR DEFENDANTS:**
Jeremy W. Bryant                                         James Milby Ridings

**PROCEEDINGS: TELECONFERENCE**

       This matter was called for a teleconference to discuss scheduling a teleconference (D.E. 55). Counsel were present on the call as noted above.

       The Court explained the settlement conference process and requirements. Counsel for Defendants noted that one of the named parties is not an English speaker, but reported that a family member could serve as an interpreter.  The Court confirmed that all named parties are required to attend. An in-person settlement conference in this matter is scheduled for **May 1, 2026, beginning at 10:00 a.m.**, in London. The parties' *ex parte* settlement conference statements shall be submitted on or before April 22, 2026.  The Court will promptly issue a detailed order.

**COPIES TO:**
COR, LON Diary
Clerk's Initials: apr

| TIC: 9 mins. |
| --- |

Signed By:

*Hanly A. Ingram*

**United States Magistrate Judge**