UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SHARDABEN PATEL & ASHOKKUMAR PATEL, | ) ) ) | |
| Plaintiffs, | ) ) | No. 6:23-CV-189-CHB-HAI |
| v. | ) ) ) | |
| BHARATBHAI PATEL, AMIT PATEL, & KANU PATEL, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has received the parties' *ex parte* settlement statements, as ordered at Docket Entry 56.  As stated in that March 25 Order, "*Bona fide* settlement discussions shall commence as soon as practicable and be conducted as often as necessary prior to the settlement conference."  The Court expects settlement discussions to continue in the interim leading up to the May 1, 2026 settlement conference.

**IT IS HEREBY ORDERED** that, by no later than **4:30 p.m. on Tuesday, April 28, 2026**, each party **SHALL** email an *ex parte* supplement to update the Court on the status of settlement discussions since the submission of the settlement statements.  As before, the parties shall email these supplements (in PDF format) to ingram_chambers@kyed.uscourts.gov.  Each statement is to be furnished only to the Court and not to any other party.  The statements shall not be filed with the Clerk of the Court.

This the 23rd day of April, 2026.

Signed By:

*Hanly A. Ingram*

**United States Magistrate Judge**