UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

SHARDABEN PATEL &
ASHOKKUMAR PATEL,                     )
                                      )
                                      )
     Plaintiffs,                      )        No. 6:23-CV-189-CHB-HAI
                                      )
                                      )
v.                                    )
                                      )
                                      )        ORDER
BHARATBHAI PATEL, AMIT PATEL, &       )
KANU PATEL,                           )
                                      )
                                      )
     Defendants.                      )
                                      )

                    ***   ***   ***   ***

     The parties have informed Chambers via email that they have reached an agreement that

resolves all aspects of this litigation.  Accordingly, **IT IS HEREBY ORDERED** that the

settlement conference set for May 1, 2026, is **CANCELED**.  The parties **SHALL** promptly file a

joint notice of settlement.

     This the 28th day of April, 2026.

Signed By:

*Hanly A. Ingram*

United States Magistrate Judge