**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| SHARDABEN PATEL and ASHOKKUMAR PATEL,<br><br>*Plaintiffs,*<br><br>v.<br><br>BHARATBHAI PATEL, AMIT PATEL, and KANU PATEL<br>*Defendants.* | No. 6:23-CV-00189-CHB-HAI |

## JOINT NOTICE OF SETTLEMENT

The defendants, Bharatbhai Patel, Amit Patel, and Kanu Patel, by counsel, and the plaintiffs, Shardaben Patel and Ashokkumar Patel, by counsel, provide notice to the Court that the Parties have reached an agreement in principle **resolving all claims and all aspects of this litigation**.

In exchange for payment of Eight Thousand Five Hundred Dollars ($8,500.00) to Plaintiffs, Shardaben Patel and Ashokkumar Patel, Plaintiffs have agreed to fully, finally, and irrevocably release and discharge Defendants, including any and all of their respective past, present, and future heirs, executors, administrators, successors, assigns, agents, representatives, subsidiaries, affiliates, related entities, and all persons or entities acting by, through, or under them, from:

> any and all claims, demands, causes of action, liabilities, and damages of every kind and nature whatsoever, whether known or unknown, asserted or unasserted, arising out of or related to:
> > (i)     the claims asserted in this action; and

(ii)    any and all acts, omissions, transactions, or occurrences of any kind whatsoever occurring on or before the execution of the formal release, whether or not related to the subject matter of this litigation.

The Parties have further agreed that Plaintiffs will execute a formal written Settlement Agreement and General Release memorializing the terms of the settlement in greater detail, including, but not limited to, indemnity and hold harmless provisions in favor of Defendants.

Counsel for the Parties have conferred and anticipate that a minimum of three (3) weeks will be necessary to finalize the settlement documentation and obtain all required signatures, including those of Plaintiffs who reside outside the Commonwealth of Kentucky.

Accordingly, the Parties respectfully request that the Court hold all deadlines in abeyance and allow the Parties twenty-one (21) days within which to finalize the settlement and file appropriate dismissal papers. The Parties further agree to promptly notify the Court of any issues or delays that may arise requiring additional time to complete the settlement.

The Parties anticipate filing a stipulation of dismissal with prejudice promptly upon completion of the settlement documentation.

Finally, the Parties respectfully request that the Court cancel and remove from its calendar the trial of this matter currently scheduled to commence on July 14, 2026.

Respectfully submitted, April 28, 2026.

Jay Milby Ridings, KBA #91971
Hamm, Milby & Ridings, PLLC
120 N. Main St.
London, KY 40741
jrdings@hmkylaw.com

2

*Counsel for Defendants*

    /s/ Jay Ridings    
        JAY MILBY RIDINGS
and

Jeremy W. Bryant
Bryant Law, PLLC
37 South Park Center Drive, Suite 6
Corbin, KY 40701
j@jeremybryantlaw.com
*Counsel for Plaintiffs*

    /s/ Jeremy W. Bryant[1]    
        JEREMY W. BRYANT

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the 28th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremy W. Bryant, Esq.
Bryant Law, PLLC
j@jeremybryantlaw.com

    /s/ Jay Ridings    
    *Counsel for Defendants Bharatbhai Patel, Amit Patel, and Kanu Patel*

---

[1] By Jay Ridings, with permission.

3