UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| SHARDABEN PATEL<br>and ASHOKKUMAR PATEL | ) <br>)<br>) | |
| Plaintiffs, | ) | **CASE NO. 6: 23-CV-00189-CHB** |
| | ) | |
| VS. | )<br>) | |
| | ) | **AGREED ORDER OF** |
| | ) | **FINAL DISMISSAL** |
| | ) | |
| BHARATBHAI PATEL,<br>AMIT PATEL,<br>and<br>KANU PATEL | )<br>)<br>)<br>) | |
| | ) | |
| Defendants. | )<br>) | |
| | ) | |

Upon agreement of the parties, it is hereby ORDERED that this action be and the same is hereby **dismissed with prejudice**. Each party is responsible for paying its own respective costs. There being no just cause for delay, this is a **final and appealable Order** and this case may be stricken from the Court's docket.

HAVE SEEN AND AGREED:

/s/ Jeremy Bryant[1]
Jeremy Bryant
*Counsel for Plaintiffs*

/s/ Jay Ridings
Jay Milby Ridings
*Counsel for Defendants*

---

[1] By Jay Ridings, with permission.