UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| SHARDABEN PATEL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 6:23-CV-189-CHB-HAI |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| BHARATBHAI PATEL, *et al.*, | ) | **PREJUDICE** |
| | ) | |
| Defendants. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the parties' Agreed Order of Final Dismissal, [R. 62], of each of plaintiff's claims against all parties in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).   Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      The Agreed Order of Final Dismissal, [**R. 62**], is **GRANTED**.

2.      This matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 2nd day of June, 2026.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -